# EXHIBIT "1"

Translate                                          Turn off instant translation

De : Jean-Yves COSTE
Envoyé : jeudi 26 septembre 2013 16:01
À : 'Bergler, Hans-Jörg'; Burchard, Philip
(Philip.Burchard@merz.de)
Objet : Wachstumsopportunitäten

Sehr geehrte Herren,

anbei das Profil eines US-medizinischen
Ästhetik-Unternehmens, zu dessen CEO
ich einen sehr guten Zugang habe .
Ulthera Inc. hat eine erfolgreiche
patentierte nicht-invasive
ultraschallbasierte Technologie (das
Ultherapy® -System) für die
Hautverjüngung und -Straffung
entwickelt, mit beeeindrucken
Ergebnissen insb. in den Hals- und
Dékolleté-Bereichen. Die Technologie
kann ebenfalls für Hyperhidrose
eingesetzt werden.  Sie
kommerzialisieren zwischenzeitlich in 52
Ländern mit 32 Distributionsverträgen,
unter anderem natürlich den USA,
Kanada, Mexiko aber auch Brasilien mit
einer guten Präsenz im Asien-Pazifik-
Raum: Australien, Hong Kong, Singapur,
Vietnam, Thailand, Malaysia und
Korea….

Die Gesellschaft ist durch US VC und
PE-Fonds bisher finanziert worden
(HarbourVest Partners, New Enterprise
associates als Lead, Apposite Capital)
und generierte letztes Jahr einen
Umsatz von USD 60m mit einer
diesjährigen Prognose von USD 100m.

1412/5000

En: Jean-Yves COSTE
Envoyé: jeudi 26 septembre 2013 16:01
À: 'Bergler, Hans-Jörg'; Burchard, Philip
(Philip.Burchard@merz.de)
Objet: Growth Opportunities

Dear Sirs,

Attached the profile of a US medical
aesthetic company, to whose CEO I have a
very good access. Ulthera Inc. has
developed a successful, patented non-
invasive ultrasound-based technology (the
Ultherapy® system) for skin rejuvenation
and relaxation, with impressive results
especially in the neck and décolleté areas.
The technology can also be used for
hyperhidrosis. In the meantime, they are
commercializing in 32 countries, including
the US, Canada, Mexico and Brazil, with a
strong presence in the Asia-Pacific region:
Australia, Hong Kong, Singapore, Vietnam,
Thailand, Malaysia and Korea.

The company has been funded by US VC
and PE funds to date (HarbourVest
Partners, New Enterprise Associates as
Lead, Apposite Capital) and generated
sales of USD 60m last year with a USD
100m forecast this year.

You are currently considering Strategic
considerations, incl. Stock exchanges,
divestitures, international licensing
partnerships.

Please let me know if you would be
interested in meeting Matthew Likens.

Thanks and best regards,

Jean-Yves Coste

# EXHIBIT "2"

Translate                                    Turn off instant translation

Von: Jean-Yves COSTE
[mailto:jycoste@micheldyens.com]
Gesendet: Mittwoch, 30. Oktober 2013
12:33
An: Bergler, Hans-Jörg; Burchard, Philip
Betreff: Vorschlag für ein Treffen
hinsichtlich US-Wachstumsideen

Sehr geehrte Herren,

es gibt 4 aktuelle potentielle
Zielunternehmen im medizinisch-
aesthetischen Bereich, die ich gerne mit
Ihnen näher besprochen hätte, da wir die
Merz Gruppe direct in Verbindung mit
den Entscheidungsträgern auf der
Verkaufsseite verbinden können:

-       ZO Skin Health, Inc.  (Greater
L.A., Ca., USA), das von Dr. Zein Obagi
gegründete private medizinische
dermatologische Unternehmen mit
einem breiten Spektrum an Indikationen
von Feuchtigkeitscremes und
Hautreinigung und -Ausstrahlung bis
Akne, Antiageing-Behandlung und
Prävention…), nachdem er sich von
Obagi getrennt hat. Wir  können einen
Termin mit CEO Jim Headley
organisieren
-       Ulthera (Profil bereits gesandt),
wir koennen einen Termin mit CEO Matt
Likens organisieren
-       Zeltiq (profil bereits gesant), da
koennen wir ebenfalls einen Termin mit
dem CEO Mark Foley organisieren
-       Miramar Labs, ein Spezialist auf
dem Gebiet der Hyperhidrose mit der in

By: Jean-Yves COSTE [mailto:
jycoste@micheldyens.com]
Sent: Wednesday, October 30, 2013 12:33
To: Bergler, Hans-Jörg; Burchard, Philip
Subject: Proposal for a meeting on US
growth ideals

Dear Sirs,

There are 4 current potential target
companies in the medical-aesthetic field,
which I would have liked to discuss with
you, since we can connect the Merz Group
directly to the decision-makers on the sales
page:

ZO Skin Health, Inc. (Greater L.A., Ca.,
USA) published by Dr. Zein Obagi founded
private medical dermatological company
with a wide range of indications of
moisturizing and skin cleansing and
radiating up acne, antiageing treatment
and prevention ...) after he separated from
Obagi. We can organize an appointment
with CEO Jim Headley
- Ulthera (profile already sent), we can
arrange an appointment with CEO Matt
Likens
- Zeltiq (profile already posted), as we can
also arrange an appointment with the CEO
Mark Foley
- Miramar Labs, a specialist in the field of
hyperhidrosis with the well-known brand
MiraDry in the United States, can also
make an appointment with the recently
appointed new CEO Dr. Steve Kim
(successor of Darrel Zoromsky).

We can provide further information on the
individual situations at a meeting in
Frankfurt.

I can suggest you as potential data either

1694/5000

the 22nd of November, the afternoon or the
25th of November, all day.

If you have any questions, do not hesitate
to contact me,

Best regards,

Jean-Yves Coste

# EXHIBIT "3"

Translate

Turn off instant translation

De : Bergler, Hans-Jörg [mailto:Hans-Joerg.Bergler@merz.de]
Envoyé : mercredi 30 octobre 2013 12:34
À : Jean-Yves COSTE; Burchard, Philip
Objet : AW: Vorschlag für ein Treffen hinsichtlich US-Wachstumsideen

Lieber Herr Coste,

herzlichen Dank für Ihre Vorschläge. Die Firmen sind uns bekannt, gerne können wir im Lauf der Woche mal telefonieren.

Melden Sie Sich doch im Lauf des Tages morgen, wenn es Ihnen passt.

Herzliche Grüße

Jörg Bergler

462/5000

De: Bergler, Hans-Jörg [mailto: Hans-Joerg.Bergler@merz.de]
Envoyé: mercredi 30 octobre 2013 12:34
À: Jean-Yves COSTE; Burchard, Philip
Objet: AW: Proposal for a meeting on US growth ideals

Dear Mr. Coste,

Thank you very much for your suggestions. The companies are known to us, we can gladly telephone during the week times.

Sign up for the day tomorrow, if it suits you.

Best regards

Jörg Bergler

Translate

Turn off instant translation

De : Jean-Yves COSTE
Envoyé : mercredi 30 octobre 2013 14:30
À : Bergler, Hans-Jörg; Burchard, Philip
Objet : RE: Vorschlag für ein Treffen hinsichtlich US-Wachstumsideen

Lieber Herr Bergler,

ich danke Ihnen für Ihre Antwort. Ich bin leider Morgen und Übermorgen unterwegs, könnten wir eventuell am Montag 4.11 am Ende des Vormittages oder am Nachmittag telefonieren?

Mit freundichen Grüssen,

Jean-Yves Coste

432/5000

En: Jean-Yves COSTE
Envoyé: mercredi 30 octobre 2013 14:30
À: Bergler, Hans-Jörg; Burchard, Philip
Objet: RE: Proposal for a meeting on US growth ideals

Dear Mr. Bergler,

thank you for your reply. I am unfortunately morning and overmorning on the way, we could possibly on Monday 4.11 at the end of the morning or in the afternoon telephone?

With kind regards,

Jean-Yves Coste

## Translate

Turn off instant translation

Von: Jean-Yves COSTE
[mailto:jycoste@micheldyens.com]
Gesendet: Mittwoch, 30. Oktober 2013
15:54
An: Bergler, Hans-Jörg; Burchard, Philip
Betreff: RE: Vorschlag für ein Treffen
hinsichtlich US-Wachstumsideen

Alternativ kann ich Ihnen ebenfalls einen
Telefonanruf am Freitag, 1. November
um 10.30 Uhr vorschlagen, falls dies
besser passt.

Mit freundlichen Grüssen,
Jean-Yves Coste

392/5000

By: Jean-Yves COSTE [mailto:
jycoste@micheldyens.com]
Posted: Wednesday, October 30, 2013
15:54
To: Bergler, Hans-Jörg; Burchard, Philip
Re: Suggestion for a meeting on US
growth ideals

Alternatively, I can also suggest a
telephone call on Friday, 1 November at
10.30 am, if this fits better.

Best regards,
Jean-Yves Coste

Translate

Turn off instant translation

De : Bergler, Hans-Jörg [mailto:Hans-Joerg.Bergler@merz.de]
Envoyé : mercredi 30 octobre 2013 15:55
À : Jean-Yves COSTE
Objet : AW: Vorschlag für ein Treffen hinsichtlich US-Wachstumsideen

Lieber Coste,

auch gut, wären Sie so nett und kopieren nicht bei jedem email, auf dem wir nun unsere Termine koordinieren, Herrn Burchard, wir bekommen alle emails genug.

Danke & Gruß

Jörg Bergler

408/5000

De: Bergler, Hans-Jörg [mailto: Hans-Joerg.Bergler@merz.de]
Envoyé: mercredi 30 octobre 2013 15:55
À: Jean-Yves COSTE
Objet: AW: Proposal for a meeting on US growth ideals

Dear Coste,

Well, would you be so nice and do not copy every email, on which we now coordinate our appointments, Mr. Burchard, we get all emails enough.

Thanks & Greetings

Jörg Bergler

Translate

Turn off instant translation

De : Jean-Yves COSTE
Envoyé : mercredi 30 octobre 2013 16:03
À : Bergler, Hans-Jörg <Hans-Joerg.Bergler@merz.de>
Objet : RE: Vorschlag für ein Treffen hinsichtlich US-Wachstumsideen

Lieber Herr Bergler,

Kein Problem. Ich sende Ihnen dann Conference Call Dial-Ins, da ich einen US-Consulting Partner, Herrn Michael Polakov, bei dieser Gelegenheit gerne vorstellen würde, der auch über enge Beziehungen zu den CEOs der erwähnten Unternehmen verfügt und Ihnen weitere Details zu den aktuellen Situationen erläutern kann.

Mit freundlichen Grüssen,

Jean-Yves Coste

569/5000

En: Jean-Yves COSTE
Envoyé: mercredi 30 octobre 2013 16:03
À: Bergler, Hans-Jörg <Hans-Joerg.Bergler@merz.de>
Objet: RE: Proposal for a meeting on US growth ideals

Dear Mr. Bergler,

No problem. I would like to send you conference call dial-ins, as I would like to introduce a US consulting partner, Mr. Michael Polakov, who also has close relationships with the CEOs of the companies mentioned above and provide you with further details on current situations can.

Best regards,

Jean-Yves Coste

| | |
|---|---|
| **Subject:** | Conference Call Jean-Yves Coste, Michael Polakov & Hans-Jörg Bergler -> US growth opportunities |
| **Location:** | Dial-in details: Germany: 069 222 228 481 - France: 0170371688 - Conference Code 6139768312# - |
| | |
| **Start:** | Fri 11/8/2013 5:00 AM |
| **End:** | Fri 11/8/2013 5:30 AM |
| **Show Time As:** | Tentative |
| | |
| **Recurrence:** | (none) |
| | |
| **Organizer:** | Bergler, Hans-Jörg |

Dear Sirs,

Please find below the dial-in details of the conference call „US growth opportunities"

Dial-in number: Germany: 069222228481
France: 0170371688

Participant Code: 6139768312#

With kind regards,

Janine Dodig

Mit freundlichen Grüßen/Kind regards

### *Janine Dodig*

Assistant to Hans-Joerg Bergler
Corporate Development
Member of Merz Pharma Board

Merz Pharma GmbH & Co. KGaA

Eckenheimer Landstraße 100
60318 Frankfurt am Main
Germany
Phone +49 (0)69-1503-1414
Fax +49 (0)69-1503-831
E-mail: janine.dodig@merz.de
**www.merz.de**

**We care. OUR RESEARCH FOR YOUR HEALTH**

Merz Pharmaceuticals GmbH, Frankfurt am Main
Amtsgericht Frankfurt am Main, HRB 53808
Geschäftsführung: Philip Burchard (Vors.), Stefan Brinkmann, Dr. Alexander Gebauer, Hans V. Regenauer
Aufsichtsrat: Andreas Krebs (Vors.)

Die vorgenannten Angaben der E-Mail haben grundsätzlich nur informativen Charakter. Dies ist kein Anerkenntnis, dass es sich beim Inhalt dieser E-Mail um eine rechtsverbindliche Erklärung der entsprechenden Gesellschaft der Merz Gruppe handelt, es sei denn dies ist ausdrücklich als solches formuliert. Erklärungen, die eine Gesellschaft der Merz Gruppe verpflichten sollen, bedürfen jeweils der Unterschrift durch zwei zeichnungsberechtigte Personen dieser Gesellschaft.

Diese E-Mail enthält vertrauliche und/oder rechtlich geschützte Informationen. Wenn Sie nicht der richtige Adressat sind oder diese E-Mail irrtümlich erhalten haben, informieren Sie bitte sofort den Absender und vernichten Sie diese E-Mail. Das unerlaubte Kopieren sowie die unbefugte Weitergabe dieser E-Mail ist nicht gestattet.

This e-mail may contain confidential and/or privileged information. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately and destroy this email. Any unauthorized copying, disclosure or distribution of the material in this e-mail is strictly forbidden. (MRZ/2010)

# EXHIBIT "4"



# Follow-up to the call with Merz

November 2013



# ZELTIQ Aesthetics, Inc, Pleasanton, CA, USA (1/2)

## Company Overview

- Founded in 2005, Zeltiq is a medical technology company focused on developing and commercializing products utilizing its proprietary controlled-cooling technology platform

- Zeltiq's first commercial product, the CoolSculpting® System, is designed to selectively reduce stubborn fat bulges that may not respond to diet or exercise

- Zeltiq has received regulatory clearance from the U.S. FDA to market CoolSculpting® in the United States for the selective reduction of fat around the flanks and the abdomen area, and has also received regulatory approval or is otherwise free to market CoolSculpting® in 55 international markets

- Zeltiq's patent portfolio comprised 9 issued U.S. patents, 64 issued foreign counterpart patents, 20 pending U.S. patent applications, 86 pending foreign counterpart patent applications, and 2 pending Patent Cooperation Treaty

- The company utilizes its direct sales force to sell CoolSculpting® to its target physicians in North America, through a direct sales force in four key markets in Europe (United Kingdom, Germany, France and Spain) and through a network of distributors in other international markets

- The company had an international sales team supporting 30 independent distributors in approximately 50 countries

- Since being formed, Zeltiq has raised approximately **$50 million** from investors including Advanced Technology Ventures, Aisling Capital, Frazier Healthcare Ventures, Fidelity Investments and Venrock

- It employs 209 people, including 45 people in R&D and 106 people in sales & marketing

## Key figures and management

### Year ended 31-Dec

| USDm | 2010A | 2011A | 2012A | 2013E | 2014E |
|---|---|---|---|---|---|
| **Sales** | 25.5 | 68.1 | 76.2 | 106.3 | 125.0 |
| % growth | 1504% | 168% | 12% | 39% | 18% |
| **EBITDA** | (12.4) | (7.9) | (27.7) | (17.7) | (6.3) |
| % margin | nm | nm | nm | nm | nm |
| **EBIT** | (12.9) | (8.7) | (29.3) | na | na |
| % margin | nm | nm | nm | nm | na |
| **Net income** | (13.5) | (9.6) | (30.1) | na | na |
| % margin | nm | nm | nm | nm | nm |

### Listed on NasdaqGS

| Share price as of 07 November 2013 | |
|---|---|
| Share price (USD) | 13.55 |
| Number of shares (m) | 36.6 |
| Market cap (USDm) | 495.6 |
| Net debt at 30/09/13 (USDm) | (43.2) |
| EV (USDm) | 452.4 |
| Performance since Nov-12 | 207% |

| Rank | Top 5 shareholders | % Ownership |
|---|---|---|
| 1 | Venrock | 15.1 |
| 2 | Advanced Technology Ventures | 12.0 |
| 3 | Aisling Capital | 10.0 |
| 4 | Fidelity Investments | 8.3 |
| 5 | Granahan Investment Management | 2.8 |
| | Total | 48.2 |

| | Name | Position |
|---|---|---|
| **Management** | Foley, Mark | CEO and President |
| | Williams, Patrick | CFO |
| | Lamm, Carl | Vice President |
| | Tatsutani, Kristine | CSO |
| | Garcia, Sergio | Senior Vice President |
| **Board of Directors** | Foley, Mark | CEO and President |
| | Roberts, Bryan | Director |
| | Dover, Jeffrey | Chairman |
| | Schiff, Andrew | Director |
| | O'Boyle, Kevin | Director |

Sources: Company publication

Strictly Private & Confidential

MICHEL DYENS & Co.



# ZELTIQ Aesthetics, Inc, Pleasanton, CA, USA (2/2)

### Technology

- CoolSculpting® is based on the scientific principle that fat cells are more sensitive to cold than the overlying skin and surrounding tissues. CoolSculpting® utilizes patented technology of precisely controlled cooling to reduce the temperature of fat cells in the treated area, which is intended to cause fat cell elimination through a natural biological process known as apoptosis, without causing scar tissue or damage to the skin, nerves, or surrounding tissues. ZELTIQ developed CoolSculpting® to safely, noticeably, and measurably reduce the fat layer within a treated fat bulge without requiring the patient to diet or exercise









### Products

- The CoolSculpting System includes the CoolSculpting control unit and its CoolSculpting vacuum applicators

- **CoolSculpting® Control Unit**: it is the base of the CoolSculpting® System and contains the simple user interface, power management and control functions, and chiller unit that are responsible for the controlled cooling. Its CoolSculpting® control unit also contains software that tracks and collects data about each procedure performed and any error messages that may be generated during the procedure

- **CoolSculpting® Vacuum Applicators**: delivers vacuum suction and cooling to the fat bulge being treated; can be used to start and stop a CoolSculpting® procedure and to turn the vacuum suction on and off, and has a thermoelectric cooling panel with temperature and pressure sensors, which provide precise thermal control and monitoring of the fat bulge being treated and would automatically stop the procedure if a problem is detected

- The company provides four CoolSculpting® vacuum applicators for use with its CoolSculpting® System

  - CoolFit - designed for use on long, narrow fat bulges

  - CoolCurve+ - designed to fit tightly curved contours

  - CoolCore - designed for use on small and medium fat bulges

  - CoolMax - designed for use on larger fat bulges

- Each CoolSculpting® vacuum applicator is designed to allow the physician to treat a different size and shape fat bulge



# Ulthera Inc, Mesa, Arizona, USA

## Company overview

- Founded in 2004 by Michael Slayton, Ulthera Inc. operates as an ultrasound-based medical technology company

- The company provides Ulthera System, which offers a nonsurgical cosmetic procedure that is used to counter the effects of aging on the skin through tightening and lifting skin tissues

- Ulthera provides its products through distributors and direct sales serving plastic surgeons, facial plastic surgeons, and dermatologists in the United States and internationally

- Outside the US, the company has sales in 52 countries through 32 distributors

- In 2009, the Ulthera® System's Ultherapy® received FDA approval in the United States and is the first and only energy-based device to receive FDA clearance for a non-invasive aesthetic lift indication

- Ulthera has rights to over 100 U.S. and international patents that are issued, published or pending

## News

- 2013: Ulthera is monitoring exit opportunities including an initial public offering and strategic transactions for its noninvasive aesthetic and medical applications

- October 2012: Issuance of Patent for non-invasive sweat reduction treatment expands intellectual property portfolio for the Ulthera System platform

- October 2012: Ulthera Receives First-Ever FDA Clearance for Non-invasive Lift of Skin on the Neck and Under the Chin

- August 2012: Ulthera Receives Clearance to Market Ultrasound Platform Device in Brazil

- July 2012: Ulthera Launches New Aesthetic Clinical Indication – Treatment of the Décolletage – in Asia

- March 2012: Ulthera Receives Clearance to Market Ultrasound Platform Device in Mexico

## Board & Management

| | Name | Position |
|---|---|---|
| Management | Matthew E. Likens, PhD | President & CEO |
| | Gregory Waller | CFO |
| | James G. Atkinson | VP Global Sales |
| | Janice Lipsky, PhD | VP Global Marketing |
| | William R. Fender | VP Operations |
| | Stacie Mallen | VP, HR |
| | Ken Lin, MD | Business Development |
| | Michael T. Peterson | R&D |
| Board of Directors | Robert Byrnes (Roan, Inc.) | President |
| | Ryan Drant (New Enterprise Associates) | Member |
| | Justin Klein (New Enterprise Associates) | Member |
| | Matthew E. Likens | Member |
| | Michael Slayton, PhD | Member |
| | David Porter (Apposite Capital) | Member |
| | Beverly Huss, MS (Vibrynt, Inc) | Member |

## Key Financial Data & Funds Raised

- The company has 27 principal sales representatives and 27 practice managers

- The company generated sales of **$59m** in 2012 and estimated sales 2013 amount to **$100m**

- The Company is backed by top-tier venture capital firms, New Enterprise Associates and Apposite Capital

| Date | Round | Amount raised | Investors |
|---|---|---|---|
| Dec-05 | A | $5.5m | HarbourVest Partners, LLC; 3i |
| Jan-08 | B | $22.5m | New Enterprise Associates; 3i |
| Feb-11 | C | $10.5m | New Enterprise Associates; Apposite Capital LLP |
| | | **$39m** | |

*Strictly Private & Confidential*

Sources: *Company publications*

MICHEL DYENS & CO.

4



# Ulthera Inc, Mesa, Arizona, USA

## Ultherapy®



- **Ultherapy®** is a new type of non-surgical, non-invasive procedure for the face, neck and chest that uses ultrasound and the body's own natural healing process to lift, tone, and tighten loose skin

- **Ultherapy®** is the first and only energy-based device for aesthetics cleared by the FDA with a non-invasive "lift" indication

- It uses ultrasound energy to reach the damaged skin layers that cause skin to 'sag' (including the deep support layer addressed in surgery) *without* disrupting the surface of the skin

- The treatment triggers the body's own regenerative response, which is to rebuild the supportive collagen fiber network within the skin. Over time, this results in a firming, tightening and actual lifting of skin tissue

- **Ultherapy®** is a viable alternative to surgical face or eye lifts because the process requires no incisions or disruption of the visible layers of the skin, the improvements are occurring gradually and naturally

- While results can be seen immediately with some contraction and firming, the building of new collagen to lift and tone skin happens gradually over the 2-3 months that follow treatment

*Sources: Company publications*

*Strictly Private & Confidential*

Michel Dyens & Co.

# ZO Skin Health, Inc. Irvine, CA, USA

## Company overview



- Founded in 2007, ZO Skin Health, Inc. provides a complete portfolio of innovative skincare solutions

- The Company utilizing cutting-edge science and Dr. Zein Obagi's extensive clinical experience creating treatments and regimens for healthy skin

- Dr. Zein Obagi founded WorldWide Products, which produced and marketed the original Obagi Nu-Derm® System which was purchased by the Obagi Medical Products company

- ZO Skin Health also provides comprehensive skincare programs for physicians and their patients and supports physicians' practices through skin health seminars and clinical training, and patients through a variety of educational programs

- The Company has created the ZO® Skin Health Circle™, an innovative approach focusing on Daily Skincare, Protection, Therapeutic, and Maintenance solutions, which allow patients to achieve continuously healthy skin using today's groundbreaking skin-care protocols, treatments, and products that will enable physicians to retain their patients indefinitely and expand the need for physician services

- ZO Skin Health's products are distributed through a network of international distributors in 34 countries including USA, Germany, United Kingdom, Italy, Russia, Sweden, Korea, Mexico, Turkey and Arabian countries

| | Name | Position |
|---|---|---|
| **Management** | Dr. Zein Obagi | Chairman |
| | Jim Headley | CEO and President |
| | John Dvorak | CFO |
| | Deborah Tomes | Vice President of Marketing |
| | Chris Kraneiss | Vice President of International Affairs |
| | Nancy Villalvazo | Vice President of Sales |

## Portfolio

- **ZO® Medical Products:** Range of 18 Therapeutic products and protocols optimized to treat a wide range of skin disorders and chronic conditions

**Normacleanse™**

- Gentle cleanser for normal to dry skin with collagen-boosting peptides to firm skin

**Oilacleanse™**
- Dual-action cleanser best for normal to oily skin that removes impurities and targets excess oil to prevent clogged pores.

**Balatone™**

- Calming toner designed to re-invigorate dry, weak skin, remove impurities, and balance skin pH.

**Cebatrol™**
- Oil control pads that exfoliate with salicylic acid to manage acne, reduce oiliness, and smoothen skin

**Brightenex™**

- New alternative to hydroquinone for skin brightening. A non HQ blend of 1% retinol, melanin inhibitors, and antioxidants to brighten and even skin tone

**Retamax™**
- Retinol in a rapid delivery system improves skin tone, texture, and firmness to reverse the signs of aging

- **ZO® Skin Health Products:** Range of 19 products, regimens, and programs to help maintain the results of therapeutic treatments, and provide effective daily skincare and protection from the environment

**Daily Skincare Program**

- Provides the essential tools to help achieve healthier skin using retinol, specialized enzymes, and antioxidants

**Ommerse® renewal creme**
- Functional hydrator to calm, replenish, rejuvenate, and repair the skin moisture barrier

MICHEL DYENS & CO.

*Strictly Private and Confidential*
Sources Company publications



# Miramar Laboratories, Miami, FL, USA

**Public/ Private:** Private
**Number of employees:** -

- Founded in 2011, Miramar Laboratories is specialized in Contract manufacturing services, packaging services, labeling services and web design

- Miramar Lab provides custom high-quality cosmetics creams. It can manufacture specialty lines such as luxury high class cosmetics cream, dermatologicals, and products featuring natural ingredients under FDA and GMP certifications

- Miramar's leading product is MiraDry®, a safe solution for significantly reducing underarm sweat. The miraDry procedure uses microwave energy to provide a non-invasive, lasting solution to axillary hyperhidrosis. The miraDry System is FDA cleared in the United States for the treatment of primary axillary hyperhidrosis

- The Company also provides capsule manufacturing services with a wide variety of formulas

- It provides private label gel manufacturing services such as Acne Treatment Products, Shampoos, Conditioners, Serums, etc

- Miramar Lab provides a broad range of liquid products from Dietary Supplements, energy drinks, weight loss drinks, meal replacement, and sexual enhance liquids





Sources: Company publications, Capital IQ

Strictly Private & Confidential

# EXHIBIT  "5"

Dear Gentlemen,

It was a great pleasure for Michael and myself to meet with you on last Friday and we would like to thank you again for your time and the opportunity of a very open exchange regarding growth opportunities for your Organization in medical aesthetics and dermo-cosmeceuticals.

After your most recent successful acquisitions of Neocutis and Anteis, we are convinced that you can show a strong track-record enabling to position Merz as an acquirer of choice. We agree it makes sense to focus on pursue specific targets to build-up on their medical aesthetics and dermocosmeceutical franchises in certain sweetspots. The Medical Equipment route is also an attractive vehicle to enhance your relationship with dermo-surgeons by establishing a base of instruments in dermatologist' offices securing their long-term loyalty and the ability to provide consumables, dermal-filler devices, prescription pharmaceuticals in a vertically integrated offer.

We will continue to explore the relevant market segments in order to identify further actionable targets.

Please let us know whether you would like to pursue any of the presented opportunities, especially with regards to Z.O. Skinhealth and Silvestre. We will then organize meetings with the relevant decision-makers on their end, or engage next steps as we had suggested on Friday, so as to maximize the chances of success of a potential engagement on your side.

Best regards
Jean-Yves Coste

Jean-Yves Coste
Senior Healthcare Director
Michel Dyens & Co.
17, Avenue Montaigne
75008 PARIS
FRANCE

Phone:     +33 1 49 52 01 00
Fax :        +33 1 49 52 07 40
Mobile :   +33 6 21 82 95 48


Please refer for further information to http://www.micheldyens.com

Michel Dyens & Co., headquartered in New York and Paris, is a leading independent Investment banking firm focused on mergers and acquisitions.

This document should only be read by those persons to whom it is addressed and is not intended to be relied upon by any person without subsequent written confirmation of its contents. If you have received this e-mail message in error, please destroy it and delete it from your computer. Any form of reproduction, dissemination, copying, disclosure, modification, distribution and/or publication of this E-mail message is strictly prohibited.

1

# EXHIBIT  "6"

Translate

Turn off instant translation

Von: Jean-Yves COSTE
[mailto:jycoste@micheldyens.com]
Gesendet: Montag, 27. Januar 2014
14:29
An: Sputh, Nadine
Betreff: RE: Treffen beim IMCAS-
Kongress

Sehr geehrte Frau Sputh,

ich danke Ihnen für Ihre rasche Antwort.
Ich würde mich selbstverständlich sehr
darüber freuen, Herrn Burchard am
Samstag, 1. Februar  bei der IMCAS-
Konferenz um 12.30 Uhr zu treffen. Als
Treffpunkt würde ich der Vertraulichkeit
halber einfach vorschlagen, dass wir uns
direkt am Merz-Stand treffen, wenn dies
mit Herrn Burchard i.O. geht.

Ich freue mich auf die Bestätigung und
verbleibe

Mit freundlichen Grüssen,
Jean-Yves Coste

622/5000

By: Jean-Yves COSTE [mailto:
jycoste@micheldyens.com]
Posted: Monday, January 27, 2014 14:29
To: Sputh, Nadine
Re: Meeting at the IMCAS Congress

Dear Mrs. Sputh,

Thank you for your prompt reply. I would,
of course, be very pleased to meet Mr
Burchard at 12.30 on Saturday, 1 February
at the IMCAS Conference. As a meeting
place, I would simply suggest, for the sake
of confidentiality, that we meet directly at
the Merz stand, if this is done with Mr.
Burchard i.O. goes.

I look forward to the confirmation and
remain

Best regards,
Jean-Yves Coste

Translate                                              Turn off instant translation

De : Sputh, Nadine
[mailto:Nadine.Sputh@merz.de]
Envoyé : lundi 27 janvier 2014 14:12
À : Jean-Yves COSTE
Objet : AW: Treffen beim IMCAS-
Kongress

Sehr geehrter Herr Coste,

Herr Burchard lässt Sie vielmals grüßen
und bat mich bei Ihnen nachzufragen, ob
Ihrerseits ein Termin am Samstag um
12:30 Uhr möglich wäre?

Ich freue mich von Ihnen zu hören und
wünsche Ihnen eine erfolgreiche Woche.

Beste Grüße aus Frankfurt
Nadine Sputh

441/5000

De: Sputh, Nadine [mailto:
Nadine.Sputh@merz.de]
Envoyé: lundi 27 janvier 2014 14:12
À: Jean-Yves COSTE
Objet: AW: Meeting at the IMCAS
Congress

Mr Coste,

Mr. Burchard would like to greet you many
times and asked me to ask if you could
make an appointment on Saturday at 12:30
pm?

I look forward to hearing from you and wish
you a successful week.

Best greetings from Frankfurt
Nadine Sputh

Translate                                              Turn off instant translation

▾

▾

From: Sputh, Nadine
[mailto:Nadine.Sputh@merz.de]
Sent: Tuesday, January 28, 2014 1:47
AM
To: Jean-Yves COSTE
Subject: AW: Treffen beim IMCAS-
Kongress

Sehr geehrter Herr Coste,

Herr Burchard freut sich auf das Treffen
mit Ihnen am kommenden Samstag (um
12:30 Uhr) an unserem Merz-Stand.

Sollten Sie sich verspäten oder
verhindert sein, können Sie ihn mobil
unter der Rufnummer 0172/6669818
erreichen.

444/5000

From: Sputh, Nadine [mailto:
Nadine.Sputh@merz.de]
Sent: Tuesday, January 28, 2014 1:47 AM
To: Jean-Yves COSTE
Subject: AW: Meeting at IMCAS Congress

Mr Coste,

Mr. Burchard is looking forward to meeting
you at our Merz stand next Saturday (at
12:30).

Should you be late or prevented, you can
reach it by mobile phone at 0172/6669818.

Best greetings to Paris
Nadine Sputh

# EXHIBIT "7"



# Discussion Materials
## for Mr. Burchard

MICHEL DYENS & CO NEW YORK PARIS

Paris, February 1st 2014

# Table of Contents

1.  Update on trading and transaction materials in the dermatology sector .......... 2

2.  Acquisition opportunities in the dermatology medical and aesthetics spaces .......... 10

3.  Detailed Profiles .......... 18

Strictly Private & Confidential

MICHEL DYENS & CO.



# 1. Update on trading and transaction materials in the dermatology sector

Strictly Private & Confidential

MICHEL DYENS & CO.

2

# Selected Dermatology Transaction Multiples
## Aesthetic and Derma-Fillers

Aesthetic and derma-fillers

| Announcement Date | Completion Date | EV (in millions) | EV (in US$ millions) | Target | Country | Acquirer | Country | EV/Sales [1] | EV/EBITDA [1] |
|---|---|---|---|---|---|---|---|---|---|
| Jan-14 | Jan-14 | US$ 300 | US$ 300 | Shire (Dermagraft) | UK | Organogenesis | US | n.a. | n.a. |
| Jan-14 | Pending | €32 | US$ 44 | Obvieline/Pharmavital SA | France | Sinclair IS Pharma plc | UK | 6.4x | n.a. |
| Nov-13 | Nov-13 | n.a. | n.a. | Anteis S.A. | Switzerland | Merz Pharma Group | Germany | n.a. | n.a. |
| Jul-13 | Apr-13 | €20 | US$ 26 | Shaanxi Reshine Biotech Co. Ltd. | China | China Medical and Bio Science | China | n.a. | n.a. |
| Jul-13 | Jul-13 | €31 | US$ 41 | Syntaxin Limited (90% Stake) | UK | Ipsen SA | France | n.a. | n.a. |
| Apr-13 | Apr-13 | US$ 251 | US$ 251 | Alma Lasers Ltd. | Israel | Fosun International Ltd | China | 2.6x | n.a. |
| Mar-13 | Jun-13 | US$ 294 | US$ 294 | Palomar Medical Technologies, Inc | US | Cynosure Inc | US | 3.6x | n.a. |
| Jan-13 | Feb-13 | US$ 40 | US$ 40 | Sound Surgical Technologies LLC | US | Solta Medical, Inc | US | 1.7x | n.a. |
| Nov-12 | Nov-12 | US$ 13 | US$ 13 | Nox Technologies | US | Nu Skin | US | n.a. | n.a. |
| Nov-12 | Nov-12 | US$ 200 | US$ 200 | DUSA Pharmaceuticals Inc | US | Sun Pharmaceutical Industries | India | 3.8x | 20.9x |
| Sep-12 | Nov-12 | US$ 2,391 | US$ 2,391 | Medicis Pharmaceutical Corporation | US | Valeant Pharmaceuticals | Canada | 3.3x | 11.1x |
| Nov-12 | Jul-12 | n.a. | n.a. | Sandstone Medical (Assets) | US | Ellman International | US | n.a. | n.a. |
| Jun-12 | n.a. | n.a. | n.a. | Quantel Derma GmbH | Germany | Alma Lasers Ltd | Israel | n.a. | n.a. |
| May-12 | n.a. | n.a. | n.a. | Glytone (Pierre Fabre) | France | Merz Pharma Group | Germany | n.a. | n.a. |
| Mar-12 | Mar-12 | n.a. | n.a. | Energist, Ltd. | UK | Beaubridge LLP | UK | n.a. | n.a. |
| Feb-12 | Feb-12 | US$ 12 | US$ 12 | Ultrashape Medical Ltd | Israel | Syneron Medical | Israel | 2.2x | n.a. |
| Jan-12 | Feb-12 | US$ 5 | US$ 5 | IRIDEX Corporation (Aesthetic Business Unit) | US | Cutera, Inc | US | n.a. | n.a. |
| Sep-11 | Nov-11 | US$ 15 | US$ 15 | Medicis Technologies Corp (from Medicis Pharmaceutical Corp) | US | Solta Medical | US | n.a. | n.a. |
| Jul-11 | Oct-11 | US$ 75 | US$ 75 | Vicept Therapeutics | US | Allergan Inc | US | n.a. | n.a. |
| Jul-11 | Jul-11 | US$ 345 | US$ 345 | Ortho Dermatologics (Janssen/J&J division) | US | Valeant Pharmaceuticals International | Canada | 2.3x | n.a. |
| Dec-11 | Jul-11 | US$ 425 | US$ 425 | Dermik (Sanofi dermatology business) | US | Valeant Pharmaceuticals | Canada | 1.8x | n.a. |
| May-11 | May-11 | US$744 | US$ 744 | Advanced BioHealing Inc. | US | Shire Plc | UK | 5.1x | 32.8x |
| Dec-11 | Feb-11 | €800 | US$ 1,071 | Q-MED | Sweden | Galderma Laboratories | France | 6.0x | 10.1x |
| Jan-10 | Feb-10 | US$ 211 | US$ 211 | BioForm Medical Inc | US | Merz Pharma Group | Germany | 3.2x | n.a. |
| **Average** | | | US$ 345 | | | | **Average** | 3.5x | 18.7x |
| **Median** [2] | | | US$ 200 | | | | **Median** [2] | 3.3x | 16.0x |
| **High** | | | US$ 2,391 | | | | **High** | 6.4x | 32.8x |
| **Low** | | | US$ 5 | | | | **Low** | 1.7x | 10.1x |

Framed Positions denote acquisitions by Merz

3

[1] Sales calculated on a last twelve months basis, when possible
[2] Excludes outliers

# Selected Dermatology Transaction Multiples
## Dermo-cosmeceuticals (1/2)

**Dermo-cosmeceuticals**

| Announcement Date | Completion Date | EV (in millions) | EV (in US$ millions) | Target | Country | Acquirer | Country | EV/Sales[1] | EV/EBITDA[1] |
|---|---|---|---|---|---|---|---|---|---|
| Dec-13 | Dec-13 | n.a. | n.a. | La Compagnie de Provence | France | Istituto Ganassini Spa | Italy | n.a. | n.a. |
| Dec-13 | Pending | US$ 30 | US$ 30 | Derma-RX International Aesthetics | Singapore | KV Asia Capital | Singapore | n.a. | n.a. |
| Nov-13 | Nov-13 | US$ 2 | US$ 2 | Sinclair IS Pharma plc (Effederm) | UK | Laboratoires Bailleul SA | France | n.a. | n.a. |
| Oct-13 | Oct-13 | US$ 49 | US$ 49 | Syneron Beauty Ltd | Israel | Unilever | UK | n.a. | n.a. |
| Oct-13 | Nov-13 | US$ 10 | US$ 10 | Probiotec Limited | Australia | Valeant International Bermuda | Canada | 3.0x | n.a. |
| Oct-13 | Pending | n.a. | n.a. | Emporio Body Store (51% Stake) | Brazil | L'Oreal SA | France | n.a. | n.a. |
| Aug-13 | Aug-13 | US$ 36 | US$ 36 | Global Vantage Innovative Group Pte. Ltd (80% Stake) | Switzerland | VLCC Healthcare Ltd. | Switzerland | 6.6x | n.a. |
| Aug-13 | Oct-13 | € 498 | US$ 660 | Colomer Beauty and Professional Products S.L.[3] | Spain | Revlon Consumer Products Corporation[3] | US | n.a. | n.a. |
| Jul-13 | Jul-13 | n.a. | n.a. | Neocutis SA | Switzerland | Merz Pharmaceuticals | Germany | n.a. | n.a. |
| Dec-12 | Dec-12 | n.a. | n.a. | Spirig Pharma AG | Switzerland | Galderma Pharma SA | Switzerland | n.a. | n.a. |
| May-12 | May-13 | US$ 64 | US$ 64 | University Medical Pharmaceuticals Corp (AcneFree business and certain other assets) | US | Valeant Pharmaceuticals | Canada | 2.0x | n.a. |
| May-12 | Jul-12 | US$ 1522 | US$ 1,522 | Fougera Pharmaceuticals | US | Sandoz AG | Switzerland | 3.6x | 8.8x |
| Mar-12 | Mar-12 | US$ 10 | US$ 10 | Pele Nova Biotecnologia S.A (20% stake) | Brazil | Valeant Pharmaceuticals | Canada | n.a. | n.a. |
| Mar-12 | Mar-12 | n.a. | n.a. | Osmotics Corporation | US | BHMS Investments, LP | US | n.a. | n.a. |
| Feb-12 | Feb-12 | n.a. | n.a. | Advanced Dermatology & Cosmetic Surgery | US | Audax Group | US | n.a. | n.a. |
| Feb-12 | Feb-12 | US$ 29 | US$ 29 | L'essenzale Nouvelle | Italy | Cimed Industria Farmaceutica Ltda | Brazil | n.a. | n.a. |
| Jan-12 | Jan-12 | n.a. | n.a. | Fluoroplex (branded product - from Allergan) | US | Aqua Pharmaceuticals, LLC | US | n.a. | n.a. |
| Jan-12 | Feb-12 | US$ 117 | US$ 117 | Ginza Stefany Cosmetics Co., Ltd. (70% Stake) | Japan | LG Household & Healthcare Co. Ltd | South Korea | 2.4x | n.a. |
| Nov-11 | Nov-11 | US$ 33 | US$ 33 | Advanced Bio-Technologies, Inc. | US | Sinclair IS Pharma plc | UK | n.a. | n.a. |
| Dec-11 | Dec-11 | US$ 455 | US$ 455 | Graceway Pharmaceuticals, LLC | US | Medicis Pharmaceutical Corp. | US | 3.6x | n.a. |
| Nov-11 | Nov-11 | US$ 25 | US$ 25 | Shalaks Pharmaceuticals (Dermatology and Primary Care Product Portfolios) | India | Invida Pharmaceutical | Singapore | 3.1x | n.a. |
| Jul-11 | Jul-11 | US$ 345 | US$ 345 | Ortho Dermatologics (Janssen/J&J division) | US | Valeant Pharmaceuticals | Canada | 2.3x | n.a. |

[ ] Framed Positions denote acquisitions by Merz

MICHEL DYENS & CO.

# Selected Dermatology Transaction Multiples
## Dermo-cosmeceuticals (2/2)

Dermo-cosmeceuticals

| Announcement Date | Completion Date | EV (in millions) | EV (in US$ millions) | Target | Country | Acquirer | Country | EV/Sales [1] | EV/EBITDA [1] |
|---|---|---|---|---|---|---|---|---|---|
| Jun-11 | Jun-11 | € 140 | US$ 201 | Laboratoires Dermatologiques d'Uriage | France | Puig Group | Spain | 2.0x | n.a. |
| May-11 | May-11 | € 35 | US$ 49 | Cetraben (branded product) | UK | Stada | Germany | n.a. | n.a. |
| Oct-10 | Oct-10 | € 20 | US$ 27 | Laboratoire Iprad | France | Alfa Wassermann | Italy | n.a. | n.a. |
| Sep-10 | Sep-10 | n.a. | n.a. | Laboratoires Filorga (50%) | France | HLD (PE) and Mr Didier Tabany | France | n.a. | n.a. |
| Oct-09 | Nov-09 | n.a. | US$ 73 | Laboratoire Oenobiol SA | France | Sanofi SA | France | n.a. | n.a. |
| Sep-09 | Oct-09 | US$ 73 | US$ 73 | Private Formula International Holdings | Australia | Valeant Pharmaceuticals | Canada | 2.7x | 15.9x |
| May-09 | Sep-09 | US$ 28 | US$ 28 | EMO-FARM Sp. z o.o. | Poland | Valeant Pharmaceuticals | Canada | 2.3x | n.a. |
| Dec-08 | Jan-09 | US$ 285 | US$ 285 | Dow Pharmaceuticals Sciences, Inc | US | Valeant Pharmaceuticals | Canada | 6.2x | n.a. |
| Nov-08 | Nov-08 | US$ 13 | US$ 13 | DermaTech Pty Ltd | Australia | Valeant Pharmaceuticals | Canada | 1.8x | n.a. |
| | Average [2] | | US$ 231 | | | | Average [2] | 3.0x | 12.4x |
| | Median [2] | | US$ 64 | | | | Median [2] | 2.6x | 12.4x |
| | High | | US$ 1,522 | | | | High | 6.6x | 15.9x |
| | Low | | US$ 10 | | | | Low | 1.8x | 8.8x |

[1] Ties calculated on a last twelve months basis, when possible

[2] Excludes outliers

Michel Dyens & Co acted as exclusive advisor to CVC Capital Partners, on its sale of the Colomer Group to Revlon Inc.

# Selected Dermatology Transaction Multiples
# Medical Dermatology (1/2)

**Medical Dermatology**

| Announcement Date | Completion Date | Enterprise Value (in millions) | Enterprise Value (in US$ millions) | Target | Country | Acquirer | Country | EV/Sales[1] | EV/EBITDA[1] |
|---|---|---|---|---|---|---|---|---|---|
| Dec-13 | Jan-14 | US$ | US$403 | Aqua Pharmaceuticals, LLC | US | Almirall, S.A. | Spain | n.a. | n.a. |
| Dec-13 | Jan-14 | US$ 256 | US$256 | Solta Medical | US | Valeant Pharmaceuticals | Canada | 1.8x | n.a. |
| Oct-13 | Dec-14 | US$ 90 | US$90 | Allergan Inc., (Obesity Intervention Business: LAP-BAND® and ORBERA™) | US | Apollo Endosurgery, Inc. | US | n.a. | n.a. |
| Mar-13 | Apr-13 | US$ 160 | US$160 | SARcode Bioscience, Inc. | US | Shire Plc | UK | n.a. | n.a. |
| Mar-13 | Apr-13 | US$ 418 | US$418 | Obagi Medical Products[2] | US | Valeant Pharmaceuticals[2] | Canada | 3.5x | 13.4x |
| Jan-13 | Jan-13 | n.a. | n.a. | Dermatology Associates of Tyler | US | Candescent Partners, LLC | US | n.a. | n.a. |
| Jan-13 | Feb-13 | n.a. | n.a. | Lotus Tissue Repair, Inc. | US | Shire plc | UK | n.a. | n.a. |
| Dec-12 | Dec-12 | US$ 380 | US$380 | Spirig Pharma AG | Switzerland | Galderma Pharma SA | Switzerland | 5.5x | n.a. |
| Nov-12 | Dec-12 | n.a. | n.a. | SkinMedica | US | Allergan Inc | US | 3.1x | n.a. |
| Oct-12 | Nov-12 | US$ 25 | US$25 | Alterna LLC | US | Moberg Derma AB | Sweden | 3.3x | 11.1x |
| Sep-12 | Dec-12 | US$ 2,391 | US$2,391 | Medicis Pharmaceutical Corporation | US | Valeant Pharmaceuticals | Canada | n.a. | n.a. |
| Aug-12 | Aug-12 | n.a. | n.a. | Bristol-Myers Squibb (FV-100, Zona product) | US | Synergy Pharmaceuticals | US | 6.6x | n.a. |
| Jun-12 | Jul-12 | US$ 226 | US$226 | Basilea Pharmaceutica (Toctino drug business) | Switzerland | Stiefel Laboratories (a GSK Company) | US | n.a. | n.a. |
| May-12 | May-12 | CA$ 35 | US$34 | Welichem Biotech (licensing of product rights)[3] | Canada | Stiefel Laboratories (a GSK Company) | US | n.a. | n.a. |
| May-12 | May-12 | US$ 64 | US$64 | University Medical Pharmaceuticals Corp (AcneFree business and certain other assets) | US | Valeant Pharmaceuticals | Canada | 2.0x | n.a. |
| May-12 | Jul-12 | US$ 1522 | US$1,522 | Fougera Pharmaceuticals | US | Sandoz AG | Switzerland | 3.6x | 8.8x |
| Apr-12 | Apr-12 | n.a. | n.a. | Pedinol Pharmacal | US | Valeant Pharmaceuticals | Canada | 1.5x | n.a. |
| Feb-12 | Feb-12 | n.a. | n.a. | Advanced Dermatology & Cosmetic Surgery | US | Audax Group | US | n.a. | n.a. |
| Nov-11 | Dec-11 | US$ 33 | US$33 | Advanced Bio-Technologies, Inc. | US | Sinclair IS Pharma plc | UK | n.a. | n.a. |
| Dec-11 | Dec-11 | US$ 455 | US$455 | Graceway Pharmaceuticals, LLC | US | Medicis Pharmaceutical Corp. | US | 3.6x | n.a. |

Case 7:18-cv-00117-FL   Document 1-3   Filed 06/26/17   Page 35 of 71

# Selected Dermatology Transaction Multiples
## Medical Dermatology (2/2)

**Medical Dermatology**

| Announcement Date | Completion Date | Enterprise Value (in millions) | Enterprise Value (in US$ millions) | Target | Country | Acquirer | Country | EV/Sales[1] | EV/EBITDA[1] |
|---|---|---|---|---|---|---|---|---|---|
| Oct-11 | Feb-12 | n.a. | n.a. | GeneWize Life Sciences, Inc | US | Capsalus Corp. | US | n.a. | n.a. |
| May-11 | Jun-11 | US$ 744 | US$744 | Advanced Bio-Healing Inc. | US | Shire Plc | UK | 5.1x | 32.8x |
| Apr-11 | May-11 | € 46 | US$76 | IS Pharma[4] | UK | Sinclair Pharma[4] | UK | 1.7x | n.a. |
| Apr-11 | Apr-11 | US$ 420 | US$420 | Novartis (Global rights to Elidel) | Switzerland | Meda AB | Sweden | 3.5x | n.a. |
| Sep-09 | Nov-09 | US$ 252 | US$252 | Peplin Inc. | US | LEO Pharma A/S | Denmark | n.a. | n.a. |
| Apr-09 | Jul-09 | US$ 3300 | US$3,300 | Stiefel Laboratories, Inc. | US | GlaxoSmithKline Plc | UK | 3.7x | n.a. |
| Nov-08 | Nov-08 | US$ 13 | US$13 | DermaTech Pty Ltd | Australia | Valeant Pharmaceuticals | Canada | 1.8x | n.a. |
| Jun-08 | Aug-08 | US$ 118 | US$118 | Barrier Therapeutics Inc | US | Stiefel Laboratories | US | 4.9x | n.a. |
| Feb-08 | Apr-08 | US$ 319 | US$319 | CollaGenex Pharmaceuticals | US | Galderma Laboratories | US | 5.0x | n.a. |

| | Enterprise Value (in US$ millions) | | EV/Sales[1] | EV/EBITDA[1] |
|---|---|---|---|---|
| Average[5] | US$538 | Average[5] | 3.7x | 16.5x |
| Median[5] | US$252 | Median[5] | 3.6x | 12.3x |
| High | US$3,300 | High | 6.6x | 32.8x |
| Low | US$13 | Low | 1.5x | 8.8x |

[1] Sales calculated on a last twelve months basis, when possible
[2] Premia based on Valeant's first offer (March 20th 2013)
[3] Welichem will receive an initial payment of CAD$2m and is eligible to receive additional milestone payments of CAD$15m upon achievement of certain clinical development milestones and upon commercialization in certain countries following marketing approval from the corresponding regulatory agencies
[4] Premia based on Sinclair Pharma's offer pre-rumour date (February 14th 2011)
[5] Excludes outliers

MICHEL DYENS & CO.

Case 7:18-cv-00117-FL   Document 1-3   Filed 06/26/17   Page 36 of 71

# Selected Dermatology Trading Multiples

Selected listed dermatological companies

| Company | Country | Loc. curr. | EV (m) Loc. curr. | EV (€m) | Mkt cap (€m) | EBITDA margin[1] | Sales growth[2] | 5 year-Beta | EV/Sales 2013E | EV/Sales 2014E | EV/Sales 2016E | EV/EBITDA 2013E | EV/EBITDA 2014E | EV/EBITDA 2016E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Advanced Medical Solutions Group plc | United Kingdom | GBP | 237 | 288 | 285 | 28% | 8% | 0.54 | 4.1x | 3.8x | 3.6x | 15.0x | 13.8x | 12.6x |
| Allergan Inc. | United States | USD | 32,801 | 24,006 | 24,790 | 33% | 9% | 0.70 | 5.2x | 4.8x | 4.5x | 14.6x | 13.0x | 11.9x |
| Almirall, S.A. | Spain | EUR | 1,964 | 1,964 | 2,013 | 4% | (5%) | 0.65 | 2.8x | 2.4x | 2.1x | n.m. | 14.1x | 8.3x |
| Anacor Pharmaceuticals, Inc. | United States | USD | 836 | 612 | 617 | n.a. | 50% | 1.63 | n.m. | n.m. | 8.3x | n.a. | n.a. | n.a. |
| Biofrontera AG | Germany | EUR | 66 | 66 | 61 | n.a. | 42% | 1.40 | n.m. | 9.5x | 3.8x | n.a. | n.a. | n.a. |
| Clinuvel Pharmaceuticals Limited | Australia | AUD | 44 | 28 | 36 | n.a. | n.m. | 0.82 | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. |
| Derma Sciences Inc. | United States | USD | 268 | 196 | 215 | n.a. | 13% | 0.75 | 3.3x | 2.9x | 2.5x | n.a. | n.a. | n.a. |
| Moberg Pharma AB (publ) | Sweden | SEK | 361 | 41 | 44 | n.a. | 32% | 0.54 | 2.3x | 1.8x | 1.4x | n.a. | n.m. | 8.2x |
| Nu Skin Enterprises Inc. | United States | USD | 4,467 | 3,269 | 3,545 | 18% | 31% | 1.37 | 1.4x | 1.2x | 1.0x | 7.7x | 6.6x | 5.5x |
| Oxygen Biotherapeutics, Inc. | United States | USD | 64 | 47 | 49 | n.a. | n.m. | 0.47 | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. |
| PhotoMedex, Inc. | United States | USD | 222 | 162 | 198 | 14% | 3% | 0.19 | 1.0x | 0.9x | 0.9x | 6.6x | 5.5x | 4.8x |
| Sinclair IS Pharma plc | United Kingdom | GBP | 144 | 175 | 166 | 13% | 17% | 0.26 | 2.4x | 2.0x | 1.8x | 17.0x | 11.5x | 8.6x |
| Tissue Therapies Ltd. | Australia | AUD | 74 | 47 | 51 | n.a. | 226% | 0.60 | n.m. | n.m. | 4.1x | n.a. | n.a. | n.a. |
| Valeant Pharmaceuticals International, Inc. | Canada | CAD | 66,717 | 43,771 | 32,426 | 50% | 61% | 0.40 | n.m. | 7.2x | 6.7x | n.m. | 14.3x | 12.7x |
| Average[3] | | | | | 479 | 23% | 41% | 0.74 | 2.8x | 3.7x | 3.4x | 12.2x | 11.3x | 9.1x |
| Median[3] | | | | | 166 | 18% | 24% | 0.62 | 2.6x | 2.6x | 3.0x | 14.6x | 13.0x | 8.4x |
| High | | | | | 3,545 | 50% | 226% | 1.63 | 5.2x | 9.5x | 8.3x | 17.0x | 14.3x | 12.7x |
| Low | | | | | 36 | 4% | (5%) | 0.19 | 1.0x | 0.9x | 0.9x | 6.6x | 5.5x | 4.8x |

(1) LTM
(2) 2012-2014E CAGR
(3) Excludes outliers
Data as of 29 January 14

Case 7:16-cv-00117-FL   Document 1-3   Filed 06/26/17   Page 37 of 71

# A Booming, Large, and Expanding Market Opportunity

## (Prescription, breast implants, dermo-cosmetics, aesthetics, and most important deals per year)



**Accumulated € 14bn of transaction value over the last 6 years**

**2008***
1. Galderma / CollaGenex
2. Stiefel / Barrier Therapeutics
3. Valeant / DermaTech
4. Valeant / Dow Pharmaceutical

**2009***
1. GSK / Stiefel
2. Valeant / EMO-FARM
3. Valeant / Private Formula
4. LEO / Peplin
5. Valeant / Laboratoire Dr. Renaud
6. J&J / Mentor Corp

**2010***
1. Merz / BioForm
2. Galderma / Q-MED

**2011***
1. Sinclair IS / Advanced Bio-Tech.
2. Invida / Shalaks
3. Solta / Medicis Technologies
4. Medicis / Graceway
5. Allergan / Vicept
6. Valeant / Ortho Dermatologics
7. Valeant / Dermik (Sanofi)
8. Puig / Uriage
9. Stada / Cetraben
10. MEDA / Elidel (Novartis)
11. Sinclair / IS Pharma
12. Shire / Advanced BioHealing

**2012***
1. Galderma / Spirig
2. Allergan / SkinMedica
3. Sun Pharma / DUSA Pharma
4. Valeant / Medicis
5. GSK-Stiefel / Welichem Biotech
6. Valeant / Acne Free
7. Novartis–Sandoz / Fougera
8. Valeant / Pele Nova Biotecnologia
9. Cimed Industria Farmaceutica / L'essenziale Nouvelle
10. Syneron / Ultrashape Medical

**2013***

| | Value |
|---|---|
| 1. Apollo Endosurgery, Inc./ Allergan Inc.. (Obesity Intervention Business) | € 65m |
| 2. Revlon / Colomer Beauty and Professional Products S.L. ** | € 498m |
| 3. Fosun Pharma / Alma Lasers Ltd. | € 178m |
| 4. Cynosure Inc / Palomar Medical Technologies_Inc | € 227m |
| 5. Merz / Anteis | n.a. |
| 6. Merz / Neocutis | n.a. |
| 7. Valeant Pharmaceuticals /Obagi Medical | € 297m |
| 8. Solta Medical, Inc. /Sound Surgical Technologies LLC | € 30m |
| 9. Valeant / Solta Medical | € 186m |
| 10. Almirall, S.A./ Aqua Pharmaceuticals | € 292m |

| Year | Total EV transaction value | No. of announced deals |
|---|---|---|
| 2008 | 1054 | 13 |
| 2009 | 3903 | 12 |
| 2010 | 1021 | 10 |
| 2011 | 2173 | 16 |
| 2012 | 3974 | 26 |
| 2016 | | 20 |

■ Total EV transaction values (m€) (with disclosed financials)  — No. of announced deals

Framed Positions denote acquisitions by Merz

MICHEL DYENS & Co.

Sources: Mergermarket; Capital IQ. *Note: Most relevant deals are shown and are listed in chronological order. ** Michel Dyens & Co Exclusive Advisor

Strictly Private & Confidential

9

Total EV transaction values (m€) (with disclosed financials)

# 2. Acquisition opportunities in the medical dermatology and aesthetics spaces



10

Strictly Private & Confidential

# a. European Players

11

Strictly Private & Confidential



# b. Revisiting US and Latin American Players

12

Strictly Private & Confidential

# European Players (1/2)

| Company Name & Headquarters | Key data | Strategic and portfolio rationales |
|---|---|---|
| ✅ VIVACY®<br><br>**Laboratoires Vivacy SAS, La Ravoire, France**<br><br>**p. 19** | Private<br><br>Founded in 2007<br><br>Revenues : €6.3m (2012)<br><br>Employees: n/a | • Vivacy markets a broad range of injectable implants for filling through the patented STYLAGE®, as well as injectable quality hyaluronic acid based gel with mannitol for intra-ocular use through the I-SPACE® brand<br><br>• Capitalize upon Vivacy's proprietary and novel IPN-Like Technology or interpenetrated cross-linked Networks combining several monophasics hyaluronic acid networks previously purified<br><br>• Merz' Aesthetic Dermatology franchise including **Hyal-System®** and **Belotero®** dermal filler for the treatment of wrinkles have strong potential synergies with the **STYLAGE®** range of 9 cosmetic dermal filler sets for facial aesthetics and the **I-SPACE®** brand of viscoelastic intraocular hyaluronic acid based gel<br><br>• Merz could benefit from the Vivacy's IPN-Like Technology, based on a complementary cross-linked hyaluronic acid and the natural antioxidant mannitol<br><br>• Take advantage of Merz' commercial and regulatory capabilities to roll-out Vivacy's products on key international markets and to leverage their global marketing potential |
| ALTA CARE<br><br>**ALTA CARE Laboratoires, Paris, France**<br><br>**p.20** | Private<br><br>Revenues:<br>€ n.a.<br><br>Net Debt (Cash):<br>n.a.<br><br>Employees:<br>n.a. | • Alta Care Laboratoires is a private independent company founded by pharmacists and dermatologists and recognized as a specialist in the luxury premium segment of derma-cosmetology<br><br>• Alta Care focuses on health products, (food supplements, nutraceuticals) and derma-cosmetics products. In addition the company offers professional products like aesthetic medical equipment, aesthetic treatments, professional body wraps and professional Salon Range<br><br>• Owns an impressive portfolio of more than 300 products that would reinforce Merz's franchise in aesthetic dermatology and further emphasize Merz' upscale positioning:<br><br>  • **Dermastir® Caviar** product range including **Dermastir® Collagen Fillers** and **Dermastir® Eye & Lip Contour Fillers** shows a synergistic profile with **Hyal-System®, Hyal-ACP®,** and **Belotero®** dermal filler<br><br>  • **Dermastir® Scar Repair Fillers** could strengthen Merz' **Contractubex®** scar treatment<br><br>• Merz could significantly optimize production COGS by leveraging economies of scale with Alta Care's products |

MICHEL DYENS & Co.

Sources Capital IQ, company publications

# European Players (2/2)

| Company Name & Headquarters | Key data | Strategic and portfolio rationales |
|---|---|---|
| **Auriga International**, Braine-l'Alleud, Belgium<br><br>P.22 | Private<br><br>Revenues: €6m (2012)<br><br>Employees: 20 | • Auriga International develops dermo-cosmetics and OTC differentiated at the forefront of innovation with a focus on damaged, sagging, dehydrated and ageing skin.<br><br>• Opportunity for Merz to supplement its Dermatology portfolio with such Auriga specialities as the skin aging branded products (e.g **Flavo-C® serum, BRA®, Aurigene®, Flavonex®**), skin healing topicals enabling to leverage potential portfolio synergies with Merz' Scar treatment **Contractubex®**, skin tightening and cellulite treatments (**Ecla-Cell®**), but also the warts treatment **Verrutop®** reinforcing Merz' skin infection franchises **Pilzcin®** and **Viru-Merz®**<br><br>• Merz' franchise in dermo-aesthetics (Hyal-System®, Xeomin®, Belotero® and recently acquired Glytone® from Pierre Fabre) could leverage complementary strengths by adding adjacent indications in wrinkle treatment and anti-aging (**Flavo-C® serum, BRA®, Aurigene®, Flavonex®**)<br><br>• Merz can also capitalize upon potential synergies between its nutritionals business (line of Beauty Pills) and Auriga's range of vitamin C products for dermatologic applications<br><br>• Auriga's skin healing product can be leveraged by Merz as post-operative follow-on treatments to a dermal-filler therapy<br><br>• Auriga's supplement for bad breath (**Exova®**) could also complement Merz' Dental division<br><br>• Auriga and Merz could leverage R&D and manufacturing synergies by integrating Auriga R&D and production functions into its own infrastructures |
| **Dermaceutic Laboratoire, Co.** Clare, Ireland<br><br>p.23 | Private<br><br>Revenues: na<br><br>Employees: na | • The Company provides a range of skincare including exfoliants, foams, creams, moisturizing products, and a range of peeling treatment kits for professional use<br><br>• Dermaceutic's skincare portfolio (eg. **Cleanser 5, Light Ceutic, C25 cream**) could complement Merz' franchise in dermo-aesthetics (Hyal-System®, Xeomin®, Belotero®)<br><br>• Dermaceutic's products for restoration after treatments (**Hyal Ceutic, Regen Ceutic, K Ceutic**) could be complementary with Merz' dermal filler products |

Sources: Capital IQ, company publications

MICHEL DYENS & CO.

Case 7:18-cv-00117-FL   Document 1-3   Filed 06/26/17   Page 43 of 71

# US Medical Aesthetics targets for Bioform

| Company Name & Headquarters | Key data | Strategic and portfolio rationales |
|---|---|---|
| **ZELTIQ Aesthetics, Inc, Pleasanton, CA, USA** Profile p.24 | Public (NasdaqGS:ZLTQ) Revenues: $76m (2012) EBITDA: $(29) (2012) Net Debt: $(43)m (at 30/09/2013) Market Cap: $741m Employees: 209 | • Zeltiq is a medical technology company providing the CoolSculpting® System to treat fat bulges • Access to a strong IP portfolio which includes 9 issued U.S. patents, 20 pending U.S. patent applications and a total of 152 foreign patents including 64 issued foreign counterpart patents,, 86 pending foreign counterpart patent applications, and 2 pending Patent Cooperation Treaties • Zeltiq's products could ideally complement Merz' facial aesthetics franchises by adding its FDA cleared CoolSculpting® system designed to selectively reduce stubborn fat bulges • Zeltiq could strengthen Merz' position in USA in the Aesthetic area thanks to their production capacity and presence in the market with an established sales-force of over 100 detailing to physicians, thus validating the long-term realignment of Merz strategy toward the high growth US market • Cross-fertilization opportunity for Merz by rolling-out CoolSculpting® system in Western and Eastern European Countries as well as in Russia |
| **Ulthera Inc, Mesa, Arizona, USA** Profile p.26 | Private Revenues: $59m (2012) Employees: - | • Ultrasound-based medical technology company providing a nonsurgical cosmetic procedure that is used to counter the effects of aging on the skin through tightening and lifting skin tissues, backed by a comprehensive IP estate of over 100 U.S. and international patents • Ulthera's ultrasound non-surgical, non-invasive technology Ultherapy® will bring a substantial addition to Merz's aesthetic solutions, especially for the minimally invasive treatments including dermal fillers Radiesse® and Belotero Balance®, as well as Hyal-System and the HA-based lines Esthélis, Mesolis, Modelis and Fortélis. • Ulthera could strengthen Merz' position in North America and validate the corporate strategy of development in the US and Emerging aesthetic markets giving access to a network serving a loyal base of plastic surgeons, facial plastic surgeons, and dermatologists in the United States • Ulthera complements Merz' skin rejuvenation franchise with an established consistent suite of high-tech ultrasound equipment for medical aesthetics applications and a highly qualified trained sales team reinforcing the impact on medical surgeons in the US. |

Sources: Capital IQ company publications, Market Cap. As of January 27th 2014

MICHEL DYENS & CO.

# Dermo-cosmetics players in the physician-dispensed segment

| Company Name & Headquarters | Key data | Strategic and portfolio rationales |
|---|---|---|
| ZO SKIN HEALTH INC<br><br>**ZO Skin Health, Inc. Irvine, CA, USA**<br><br>**Profile p.28** | Private<br><br>Revenues: -<br><br>Employees: - | • ZO Skin Health provides provides comprehensive skincare products utilizing cutting-edge science and Dr. Zein Obagi's extensive clinical experience and reputation in the aesthetics field.<br><br>• ZO Skin Health could reinforce Merz' franchise of dermo-cosmetic products with a wide range of 18 innovative physician-dispensed dermatological treatments against acne (Cebatrol™), dry skin (Normacleanse™, Balatone™), skin-ageing and chronic skin conditions (Retamax™, Brightenex™) bearing the well-known brand-name of the dermatologist Dr. Zein Obagi in USA and hence his legacy of quality with the US dermosurgeons<br><br>• ZO Skin Health could also strengthen Merz' position in USA in the aesthetic area thanks to its Daily Skincare Programs and Ommerse® rejuvenate cream<br><br>• Cross-fertilization opportunity for Merz by rolling-out ZO Skin Health's products in Europe and Russia, as well as the other markets where Merz is present outside of North America |

Sources: Capital IQ, company publications

MICHEL DYENS & CO.

# Brazilian Players

| Company Name & Headquarters | Key data | Strategic and portfolio rationales |
|---|---|---|
| **SILVESTRE LABS**<br><br>**Silvestre Labs, Rio de Janeiro, Brazil**<br><br>**Profile p.30** | Private<br><br>Revenues: $20m<br><br>Employees: - | • Silvestre Labs is a Brazilian technology-based pharmaceutical company providing Biomaterials: products for tissue repair or regeneration and skin rejuvenation, Wound Healers and Antimicrobians, Cosmetics, Women's health and Dental health products<br><br>• The Company is part of the Axis Biotec Group a holding company which sponsors and manages research, development and innovative business in health and life sectors<br><br>• Silvestre Labs could represent an interesting opportunity to penetrate the Brazilian market as the Company has a good recognition thanks to its flagship product ExtraGraft XG-13®, a biomatching bone implant<br><br>• Silvestre Labs could also reinforce Merz' positions in medical Dermatology with its Dermidrata® moisturizing cream for prevention and treatment of xeroderma but also supplement its franchise in dental health with products in dental health with DentPlaque® and ExtraGraft XG-13®<br><br>• Merz could take advantage of Silvestre Labs' established infrastructure in the well-known Rio Bio-cluster (the Company has five new and modern GMP-compliant production units) to establish a solid footprint in Brazil<br><br>• Silvestre Labs could help Merz to further expand its footprint in the attractive Brazilian medical aesthetic's market thanks to its strong network of relationships with local regulatory authorities |
| **PURAINOVA**<br><br>**Puralnova, São Paulo, Brazil**<br><br>**Profile p.33** | Private<br><br>Revenues: $10m (estimated 2014)<br><br>Employees: 15 | • Puralnova provides 5 product lines for facial care including cleansers, toners and moisturizers containing mineral water extracted from Serra do Japi, Brazil<br><br>• Puralnova could reinforce Merz' franchise of dermo-cosmetic products with a range of dermo-cosmetics products including Acqua, Aquasensive, Acqua-age (for more mature skin), Acquadry and Acquablock, a line of sun protection<br><br>• Merz could leverage the marketing potential of Silvestre Labs' brands, while benefiting from Puralnova's national coverage in Brazil<br><br>• Opportunity to access premium priced, pharmacy dispensed natural origin products addressing the needs of the Brazilian customers (eg. oily skin issues) |

*Sources:* *Capital IQ, company publications*

MICHEL DYENS & CO.



# 3. Detailed profiles

VIVACY®
p. 19

DERMACEUTIC — LABORATOIRE
p. 25

ZO SKIN HEALTH INC
p. 30

ALTA CARE
p. 20

AURIGA INTERNATIONAL
p. 22

SILVESTRE LABS
p. 31

ulthera
p. 28

Zeltiq AESTHETICA
p. 26

PURAINOVA
p. 33

18

Strictly Private & Confidential



# Laboratoires Vivacy SAS, La Ravoire, France

*Strictly Private & Confidential*

## Company overview

- Founded in 2007, **Laboratoires Vivacy** is a privately held company based in France which designs, manufactures and distributes injectable medical devices for use in the field of anti-aging, especially in medical aesthetics and viscosupplementation

- **Vivacy** offers a broad range of injectable implants for filling through the patented **STYLAGE®**, Injectable quality hyaluronic acid based gel with mannitol for intra-ocular use through the **I-SPACE®** brand

- The company has developed the patented **IPN-Like Technology** or *InterPenetrated cross-linked Networks* combining and inserting several monophasic hyaluronic acid networks previously cross-linked by BDDE and purified

- Its industrial and R&D sites are located in the Rhône-Alpes region (near Lyon), its sale Office is located in Paris

- Vivacy's products are distributed in 61 countries including France, Germany, Scandinavia, Brazil, Japan, China, Russia, and Singapore



## Key Financials

- Consolidated revenues in 2012 was **€6.3 million** with a profitability of 23%

## Technology & products

# STYLAGE

- **STYLAGE®** is a complete range of 9 sets of cosmetic dermal fillers made of a combination of lidocaine with an antioxidant hyaluronic acid-based gel for facial aesthetics available for many indications including oral commissures, cheek wrinkles, hollow temple area, nasogenian folds, treatment of facial volume defects, restoration of facial contours

- Each **STYLAGE®** products is adapted to patient's age, skin type, skin condition and wrinkle depth (size S, M or L)

- The advanced patented **IPN-Like Technology** developed by **Laboratoires Vivacy**, based on a complementary cross-linked hyaluronic acid and the natural antioxidant, mannitol, allows to obtain a high performance product improving skin elasticity and makes it possible to achieve outstanding natural results

## I. SPACE®

- New generation of viscoelastic intraocular hyaluronic acid based gel with the natural antioxidant, mannitol

- This advanced Antioxidant Formula maintains a perfect balance between cohesive and dispersive properties of the gel, thus ensuring successful surgical outcomes for both the surgeon and the patient

## Corporate Governance

- **Founder and Majority Shareholder:** Dr. Waldemar Kita

- **President & Co-Owner:** Guy Vitally

- **Managing Director & Co-Owner:** Estelle Piron

- **Managing Director & Co-Owner :** Michel Cheron

- **Minority shareholding:** Initiative & Finance (since October 2012)

19

*Sources: Company publications, company websites.*



# ALTA CARE Laboratoires, Paris, France

## Company overview

- Alta Care Laboratoires is an independent privately held company founded by pharmacists and dermatologists and recognized as a specialist in the luxury premium segment of derma-cosmetology

- Alta Care focuses on health products, (food supplements, nutraceuticals) and derma-cosmetics products. In addition the company offers professional products like aesthetic equipment, aesthetic treatments, professional body wraps and professional Salon Range

- The company is also producing for multinational companies and has experience in professional consultancy in all the stages required for manufacturing and branding

- Alta Care Laboratoires owns 16 brands and produces today over 300 products that are distributed in pharmacies of 20 countries via a network of partners

- Main brand: **Dermastir®**, a luxury skincare brand

- Head office in Paris, with main sales and marketing office located in Rome

- CEO & Managing Pharmacist : **Ivan S.Pullicino**

## Professional products

- Alta Care offers professional products like:
- Aesthetic machinery including, among other:
  - **Altadrine Body Shaper**, for cases of water retention and water accumulation in the legs and in the abdomen
  - **Altadrine Cellulogy**, a cellulite treatment
  - **Altadrine Physiopulsar**, an equipment for electro-stimulation to drain and tone up male and female body muscles
- In addition the company provides aesthetic treatments, professional body wraps and professional salon range

## Derma-cosmetics – Dermastir product range

Alta Care's skin care products comprise:

- **Dermastir® Caviar** product range including:

  - **Dermastir® caviar day cream SPF 30+** that contains a complex composed of caviar, precious phyto-extracts, vitamins, anti-oxidants, amino acids and collagen with a regenerating action, protecting the skin from the sun

- **Dermastir® Skin Repair Liquid capsules** that provides a nutrient synergy of GLA Omega 6 and antioxidants to help the skin fight against ageing and external aggression

- **Dermastir® Skincare Ampoules – Luxury** product ranges including, among others:

  - **Caviar skincare ampoule**, with caviar extracts

  - **Diamond skincare ampoule**, diamond powder in an argan oil base giving brilliance to the skin

- **Dermastir® Filler** product range including:

  - **Dermastir® Scar Repair Fillers**, a combination of soluble collagen and antiseptic ingredients to be used to repair all types of scars

- **Dermastir® Collagen Fillers**, applied onto wrinkles to diffuse them out

- **Dermastir® Eye & Lip Contour Fillers**, that diminish fine lines, wrinkles, dark circles and smile lines



*Dermastir Caviar*



*Dermastir Caviar*



*Dermastir Caviar*

*Sources: Company publications*



# ALTA CARE Laboratories, Paris, France

## Health products

### Pediatrics & Children

- **Candi B Syrup, Candi B Drink, Candi B Effervescent, Candi B Ampoules:** supplements that allow children to be always energetic and in excellent shape



### Natural Defense

- **Altacura®** range of products including: **Altacura® Broncotuss, Altacura® Influtuss, Altacura® Hot Lemon Infludrink** helping to boost the immune system during climate changes



*Altacura® Broncotuss Syrup*

### Gastro-Intestinal

- **Altaflora®** range of products including: **Altaflora® Gastrogel** useful to improve the elimination of gas from the intestine



*Altaflora® Gastrogel Syrup*

### Weight Control

- **Altadrine®** range of products including: **Altadrine® Aquadrain**, a food supplement that promotes the liquids' elimination and the thermogenesis



*Altadrine® Aquadrain*

### Women's Health

- **Silvia®** range of products including: **Silvia® Eriglobulin** (Iron + Folic Acids), recommended during pregnancy

 

*Silvia® Eriglobulin Tablets*     *Silvia® Eriglobulin Syrup*

### Central Nervous System

- **Neuralta®** range of products including: **Neuralta® Brain Power**, strengthening the nervous system and **Neuralta® tablets** with high doses of vitamin B



*Neuralta® Brain Power*

### Rheumatology

- **Flodol®** range of products including: **Flodol® Glucosamine**, a supplement containing N-Acetyl Glucosamine that acts on the cartilage to improve the trophism of the joints

*Flodol® Glucosamine Capsules*

### Cardiovascular

- **Cardiosteroil®** range of products including: **Cardiosteroil® Omega 3/6/9** in combination with shark liver oil (SLO) helping patients to keep a correct level of LDL and a healthy heart.



*Cardiosteroil® Omega 3/6/9 S.L.O.*

MICHEL DYENS & CO.

*Souges Company publications*

*Strictly Private & Confidential*

21

# Auriga International, Braine-l'Alleud, Belgium

## Company overview

- Auriga International, founded in 1997 by Dr. Alfred Marchal (PhD in Chemistry), is a Belgium-based company active in the dermocosmetics sector. The Company has a subsidiary in France (Neuilly sur Seine)

- Auriga International provides a range of professional, dermato-cosmetics at the forefront of innovation for use in various areas, including the rejuvenation of the face, cellulite and liposuction treatment, halitosis, wrinkles filling and post-operative aesthetic treatment of body and face

- Products are available in pharmacies, para-pharmacies and cosmetic medicine centers. The Auriga range is recommended by dermatologists, aesthetic doctors and plastic surgeons

- Additionally, the Company works in collaboration with academic institutions and biotechnology companies conducting research and development programs in order to develop patentable products for various skin treatments

- The Company holds patents for Vitamin C for dermatological applications, Silicone and Vitamin K Oxide

- Since September 2010, Auriga International, has fully managed the production process with the creation of their own production site in Mons (Auriga Création S.A.). The Company manufactures dermato-cosmetics products in a regulatory environment meeting European and ISO standards

- The Company employs ca.**20** people (2012) and generates revenues of ca. **€6m** (2013)

- In April 2009 Auriga International raised approximately €550,000 on the NYSE Euronext Brussels

## International presence

- Auriga International exports **to over 60 countries, via a network of distributors**

- The Company entered the Taiwanese, Chinese and Turkish markets in 2008, and the Indian market in 2011

- In close collaboration with professional and dedicated local partners, it establishes strategies according to the needs of the different markets and their specificities

- Participating in the scientific training of its medical reps, it also collaborates at conferences, local workshops, product launches and/or symposiums

- Auriga recently established a subsidiary in Hong Kong and is focusing on its Asian business. The Company is also focusing on offering its products in South America



## Management & Ownership

- Founder & CEO of the Company: Alfred Marchal

- Private Equity firm Beluga NV (Belgium) owns a 2% stake in Auriga International

Sources: Company publications

Confidential

MICHEL DYENS & CO.

# Auriga International, Braine-l'Alleud, Belgium

## Skin aging / Lines and Wrinkles



- **Flavo-C®** serum is Auriga's Flagship product, it is composed of 8% active vitamin C (L-ascorbic acid) and effectively combats skin ageing by stimulating the formation of collagen fibers

- **BRA®** up to 30% TCA (Trichloroacetic acid) is a superficial to medium facial peel, depending on the concentration of TCA chosen. Its action eliminates the dead cells of the skin and stimulates the production of collagen in order to restore youthfulness to the face



- **Aurigene®** micro-emulsion P based on acetyl hexapeptide 3, combined with two original hyaluronic acids, smooths the skin and visibly fills in fine lines and wrinkles

## Menopausal symptoms / Sagging skin



- **Flavonex®** contains soya isoflavones (pure genistein) which stimulates the production of collagen and elastin and increases the production of hyaluronic acid contained naturally in the skin. It acts against slackening skin on the face and the body

## Dull skin / Healing




- **Chiroxy®** cream, combats the lack of oxygen present in the skin tissues. **Chiroxy®** is a cream created to offer better oxygenation of the skin and rapid repair of the epidermal tissues by stimulating the cell base functions

## Heavy legs



- **Aureven®** gel relieves the heavy legs feeling, enables better irrigation of the blood vessels

## Halitosis

- **Exova®** tablets are a dietary supplement composed of purified green tea extracts (Epigallocatechin Gallate), which instantly neutralise the volatile sulphuric compounds responsible for bad breath

## Spots




- **MelaClear®** serum, intense depigmentation treatment, limits the pigment process.. Vitamin C and phytic acid act to block the synthesis of the pigments responsible for the appearance of brown spots



# Auriga International, Braine-l'Alleud, Belgium

### Cellulitis

- **Ecla-Cell®** cream stimulates the elimination of water and fat by lipolysis, thus triggering its anti-cellulite effects. It energises the tone of the skin and guarantees optimum drainage

### Bruises and Contusions / Redness

- Through a technology of nanosomes containing vitamin K oxide, vitamin C and vitamin E, **Auriderm® XO** cream treats the various factors participating in the formation of bruises

### Warts

- **Verrutop®** is a caustic solution used in the treatment of both skin warts and genital warts. **Verrutop®** is a treatment available under medical supervision only



### Dark circles

- **Cernor® kit** is a direct remedy composed of two complementary products. A cream that acts on the dark circles of vascular origin by strengthening the walls of the blood vessels to make them impermeable, and a micro-emulsion which acts on the dark circles of pigment origin by eliminating the melanin deposits stored on the contour of the eye

### Skin fragility

- **Dermatrophix®** cream acts on each of the causes of the progressive establishment of dermatoporosis

### Nail brittleness

- **Si-nails®** varnish, protects, improves the growth of the nail through its essential nutritional additives. Based on a unique complex of organic silicon combined with a thiol derivative, this varnish enables the nails to regain their comfort and beauty







AURIGA
INTERNATIONAL

MICHEL DYENS & CO.

24

# Dermaceutic Laboratoire, Co. Clare, Ireland

## Company overview

- Dermaceutic Laboratoire is a French laboratory specialised in chemical peels and cosmeceuticals.

- The Company provides a full range of safe, efficient and scientifically proven chemical peels, for all main applications including: melasma, inflammatory pigmentation, photo aged skin, dull complexion, acne-prone skins

- Dermaceutic also provides a complete and specially developed range of cosmeceuticals to prepare, optimize and maintain the results of all main aesthetic procedures



**THE EXPERT IN AESTHETIC DERMATOLOGY**
Prepare, optimize, improve and peeling
the results of aesthetic medical treatments.

## Portfolio

- **Home Care Products:** The Company provides a range of 12 skincare products including exfoliants and foams to purify the skin (**Cleanser 5, Foamer 15, Mask 15**); cream to stimulate cell renewal (**Light Ceutic, Turn Over**); cream targeting dark spots (**Yellow Cream, Spot Cream**); **C25 cream** preventing oxidating stress; **Sun Ceutic 50** anti-aging sun protection; cream and moisturizing products for restoration after treatments (**Hyal Ceutic, Regen Ceutic, K Ceutic**)

- **Professional Products:** The Company provides a range of peeling treatment kits for professional including

  - **Mask Peel** for oily skin, dilated pores and excess sebum
  - **Milk Peel** for fine lines, dull complexion and loss of tone
  - **Cosmo Peel** for wrinkles, texture, smoker's complexion and pigment disorders
  - **Spot Peel** for pigment spots, melasma and post-inflammatory pigmentations





Sources: Company publications

Confidential

MICHEL DYENS & CO.

Case 7:18-cv-00117-FL   Document 1-3   Filed 06/26/17   Page 54 of 71

# ZELTIQ Aesthetics, Inc, Pleasanton, CA, USA (1/2)

## Company Overview

- Founded in 2005, Zeltiq is a medical technology company focused on developing and commercializing products utilizing its proprietary controlled-cooling technology platform

- Zeltiq's first commercial product, the CoolSculpting® System, is designed to selectively reduce stubborn fat bulges that may not respond to diet or exercise

- Zeltiq has received regulatory clearance from the U.S. FDA to market CoolSculpting® in the United States for the selective reduction of fat around the flanks and the abdomen area, and has also received regulatory approval or is otherwise free to market CoolSculpting® in 55 international markets

- Zeltiq's patent portfolio comprised 9 issued U.S. patents, 64 issued foreign counterpart patents, 20 pending U.S. patent applications, 86 pending foreign counterpart patent applications, and 2 pending Patent Cooperation Treaty

- The company utilizes its direct sales force to sell CoolSculpting® to its target physicians in North America, through a direct sales force in four key markets in Europe (United Kingdom, Germany, France and Spain) and through a network of distributors in other international markets

- The company had an international sales team supporting 30 independent distributors in approximately 50 countries

- Since being formed, Zeltiq has raised approximately **$50 million** from investors including Advanced Technology Ventures, Aisling Capital, Frazier Healthcare Ventures, Fidelity Investments and Venrock

- It employs 209 people, including 45 people in R&D and 106 people in sales & marketing

## Key figures and management

### Year ended 31-Dec

| USDm | 2010A | 2011A | 2012A | 2013E | 2014E |
|---|---|---|---|---|---|
| **Sales** | 25.5 | 68.1 | 76.2 | 111.6 | 131.7 |
| *% growth* | 1504% | 168% | 12% | 46% | 18% |
| **EBITDA** | (12.4) | (7.9) | (27.7) | (16.5) | (6.1) |
| *% margin* | nm | nm | nm | nm | nm |
| **EBIT** | (12.9) | (8.7) | (29.3) | na | na |
| *% margin* | nm | nm | nm | nm | nm |
| **Net income** | (13.5) | (9.6) | (30.1) | na | na |
| *% margin* | nm | nm | nm | nm | nm |

### Listed on NasdaqGS

| Share price as of 29 January 2014 | |
|---|---|
| Share price (USD) | 20.25 |
| Number of shares (m) | 36.6 |
| Market cap (USDm) | 740.6 |
| Net Debt at 30/09/13 (USDm) | (43.2) |
| EV (USDm) | 697.4 |
| Performance since Jan-13 | 366% |

| Rank | Top 5 shareholders | % Ownership |
|---|---|---|
| 1 | Venrock | 14.9 |
| 2 | Aisling Capital | 9.8 |
| 3 | Fidelity Investments | 8.2 |
| 4 | Advanced Technology Ventures | 5.1 |
| 5 | T. Rowe Price Group, Inc. | 4.3 |
| | Total | 42.4 |

| | Name | Position |
|---|---|---|
| **Management** | Foley, Mark | CEO and President |
| | Williams, Patrick | CFO |
| | Lamm, Carl | Vice President |
| | Garcia, Sergio | CSO |
| | DeBenedictis, Leonard | Senior Vice President |
| **Board of Directors** | Foley, Mark | CEO and President |
| | Roberts, Bryan | Director |
| | Dover, Jeffrey | Chairman |
| | Schiff, Andrew | Director |
| | O'Boyle, Kevin | Director |

Sources: Company publication

Strictly Private & Confidential

Michel Dyens & Co.



# ZELTIQ Aesthetics, Inc, Pleasanton, CA, USA (2/2)

## Technology platform

- CoolSculpting® is based on the scientific principle that fat cells are more sensitive to cold than the overlying skin and surrounding tissues. CoolSculpting® utilizes patented technology of precisely controlled cooling to reduce the temperature of fat cells in the treated area, which is intended to cause fat cell elimination through a natural biological process known as apoptosis, without causing scar tissue or damage to the skin, nerves, or surrounding tissues. ZELTIQ developed CoolSculpting® to safely, noticeably, and measurably reduce the fat layer within a treated fat bulge without requiring the patient to diet or exercise





## Products

- The CoolSculpting System includes the CoolSculpting control unit and its CoolSculpting vacuum applicators

- **CoolSculpting® Control Unit**: it is the base of the CoolSculpting® System and contains the simple user interface, power management and control functions, and chiller unit that are responsible for the controlled cooling. Its CoolSculpting® control unit also contains software that tracks and collects data about each procedure performed and any error messages that may be generated during the procedure

- **CoolSculpting® Vacuum Applicators**: delivers vacuum suction and cooling to the fat bulge being treated; can be used to start and stop a CoolSculpting® procedure and to turn the vacuum suction on and off; and has a thermoelectric cooling panel with temperature and pressure sensors, which provide precise thermal control and monitoring of the fat bulge being treated and would automatically stop the procedure if a problem is detected

- The company provides four CoolSculpting® vacuum applicators for use with its CoolSculpting® System

  - CoolFit - designed for use on long, narrow fat bulges
  - CoolCurve+ - designed to fit tightly curved contours
  - CoolCore - designed for use on small and medium fat bulges
  - CoolMax - designed for use on larger fat bulges

- Each CoolSculpting® vacuum applicator is designed to allow the physician to treat a different size and shape fat bulge

*Sources: Company publications; Medtrack*

Strictly Private & Confidential

27

MICHEL DYENS & CO.



# Ulthera Inc, Mesa, Arizona, USA

## Company overview

- Founded in 2004 by Michael Slayton, Ulthera Inc. operates as an ultrasound-based medical technology company

- The company provides Ulthera System, which offers a nonsurgical cosmetic procedure that is used to counter the effects of aging on the skin through tightening and lifting skin tissues

- Ulthera provides its products through distributors and direct sales serving plastic surgeons, facial plastic surgeons, and dermatologists in the United States and internationally

- Outside the US, the company has sales in 52 countries through 32 distributors

- In 2009, the Ulthera® System's Ultherapy® received FDA approval in the United States and is the first and **only energy-based device to receive FDA clearance for a non-invasive aesthetic lift indication**

- Ulthera has rights to over 100 U.S. and international patents that are issued, published or pending

## News

- 2013: Ulthera is monitoring exit opportunities including an initial public offering and strategic transactions for its noninvasive aesthetic and medical applications

- October 2012: Issuance of Patent for non-invasive sweat reduction treatment expands intellectual property portfolio for the Ulthera System platform

- October 2012: Ulthera Receives First-Ever FDA Clearance for Non-invasive Lift of Skin on the Neck and Under the Chin

- August 2012: Ulthera Receives Clearance to Market Ultrasound Platform Device in Brazil

- July 2012: Ulthera Launches New Aesthetic Clinical Indication – Treatment of the Décolletage – in Asia

- March 2012: Ulthera Receives Clearance to Market Ultrasound Platform Device in Mexico

## Board & Management

| | Name | Position |
|---|---|---|
| Management | Matthew E. Likens , PhD | President & CEO |
| | Gregory Waller | CFO |
| | James G. Atkinson | VP Global Sales |
| | Janice Lipsky, PhD | VP Global Marketing |
| | William R. Fender | VP Operations |
| | Stacie Mallen | VP, HR |
| | Ken Lin, MD | Business Development |
| | Michael T. Peterson | R&D |
| Board of Directors | Robert Byrnes (Roan, Inc.) | President |
| | Ryan Drant (New Enterprise Associates) | Member |
| | Justin Klein (New Enterprise Associates) | Member |
| | Matthew E. Likens | Member |
| | Michael Slayton, PhD | Member |
| | David Porter (Apposite Capital) | Member |
| | Beverly Huss, MS (Vibynt, Inc) | Member |

## Key Financial Data & Funds Raised

- The company has 27 principal sales representatives and 27 practice managers

- The company generated sales of **$59m** in 2012 and estimated sales 2013 amount to **$100m**

- The Company is backed by top-tier venture capital firms, New Enterprise Associates and Apposite Capital

| Date | Round | Amount raised | Investors |
|---|---|---|---|
| Dec-05 | A | $5.5m | HarbourVest Partners, LLC; 3i |
| Jan-08 | B | $22.5m | New Enterprise Associates; 3i |
| Feb-11 | C | $10.5m | New Enterprise Associates; Apposite Capital LLP |
| | | **$39m** | |

MICHEL DYENS & Co.

Strictly Private & Confidential

Sources: Company publications



# Ulthera Inc, Mesa, Arizona, USA

## Ultherapy®



- **Ultherapy®** is a new type of non-surgical, non-invasive procedure for the face, neck and chest that uses ultrasound and the body's own natural healing process to lift, tone, and tighten loose skin

- **Ultherapy®** is the first and only energy-based device for aesthetics cleared by the FDA with a non-invasive "lift" indication

- It uses ultrasound energy to reach the damaged skin layers that cause skin to 'sag' (including the deep support layer addressed in surgery) *without* disrupting the surface of the skin

- The treatment triggers the body's own regenerative response, which is to rebuild the supportive collagen fiber network within the skin. Over time, this results in a firming, tightening and actual lifting of skin tissue

- **Ultherapy®** is a viable alternative to surgical face or eye lifts because the process requires no incisions or disruption of the visible layers of the skin, the improvements are occurring gradually and naturally

- While results can be seen immediately with some contraction and firming, the building of new collagen to lift and tone skin happens gradually over the 2-3 months that follow treatment

*Sources: Company publications*

Strictly Private & Confidential

29

MICHEL DYENS & CO.

# ZO Skin Health, Inc. Irvine, CA, USA

## Company overview

- Founded in 2007, ZO Skin Health, Inc. provides a complete portfolio of innovative skincare solutions

- The Company utilizing cutting-edge science and Dr. Zein Obagi's extensive clinical experience creating treatments and regimens for healthy skin

- Dr. Zein Obagi founded WorldWide Products, which produced and marketed the original Obagi Nu-Derm® System which was purchased by the Obagi Medical Products company

- ZO Skin Health also provides comprehensive skincare programs for physicians and their patients and supports physicians' practices through skin health seminars and clinical training, and patients through a variety of educational programs

- The Company has created the ZO® Skin Health Circle™, an innovative approach focusing on Daily Skincare, Protection, Therapeutic, and Maintenance solutions, which allow patients to achieve continuously healthy skin using today's groundbreaking skin-care protocols, treatments, and products that will enable physicians to retain their patients indefinitely and expand the need for physician services

- ZO Skin Health's products are distributed through a network of international distributors in 34 countries including USA, Germany, United Kingdom, Italy, Russia, Sweden, Korea, Mexico, Turkey and Arabian countries

| Management | Name | Position |
|---|---|---|
| | Dr. Zein Obagi | Chairman |
| | Jim Headley | CEO and President |
| | John Dvorak | CFO |
| | Deborah Tomes | Vice President of Marketing |
| | Chris Kraneiss | Vice President of International Affairs |
| | Nancy Villalvazo | Vice President of Sales |

## Portfolio

- **ZO® Medical Products:** Range of 18 Therapeutic products and protocols optimized to treat a wide range of skin disorders and chronic conditions

**Normacleanse™**
- Gentle cleanser for normal to dry skin with collagen-boosting peptides to firm skin

**Oilacleanse™**
- Dual-action cleanser best for normal to oily skin that removes impurities and targets excess oil to prevent clogged pores.

**Balatone™**
- Calming toner designed to re-invigorate dry, weak skin, remove impurities, and balance skin pH.

**Cebatrol™**
- Oil control pads that exfoliate with salicylic acid to manage acne, reduce oiliness, and smoothen skin

**Brightenex™**
- New alternative to hydroquinone for skin brightening. A non HQ blend of 1% retinol, melanin inhibitors, and antioxidants to brighten and even skin tone

**Retamax™**
- Retinol in a rapid delivery system improves skin tone, texture, and firmness to reverse the signs of aging

- **ZO® Skin Health Products:** Range of 19 products, regimens, and programs to help maintain the results of therapeutic treatments, and provide effective daily skincare and protection from the environment

**Daily Skincare Program**
- Provides the essential tools to help achieve healthier skin using retinol, specialized enzymes, and antioxidants

**Ommerse® renewal creme**
- Functional hydrator to calm, replenish, rejuvenate, and repair the skin moisture barrier

MICHEL DYENS & Co.

30

*Strictly Private and Confidential*
*Sources: Company publications*



# Silvestre Labs, Rio de Janeiro, Brazil

- Silvestre Labs was founded in 1984 when a group of young pharmacists gathered to develop new products. The company really established itself as a pharmaceutical player in 1989.

- **Silvestre Labs is a technology-based pharmaceutical company dedicated to the research and development of innovative products for human health.** The company is Brazilian-based and is headquartered in Rio de Janeiro in the BIO-RIO complex.

- **Silvestre Labs is the main commercial entity from the Axis Biotec group concentrating most of their commercialized products.**

- Silvestre Labs' operating divisions include:

  - Biomaterials: products for tissue repair or regeneration, highlighting ExtraGraft XG-13®

  - Wound Healers and Antimicrobians with products such as Dermacerium®, Dermacerium HS Gel®, Dermazine®

  - Cosmetics with Dermidrata®

  - Women's health with Gino Dermazine®

  - Oral health with DentPlaque®

- The Company is recognized for its **ExtraGraft XG-13®**, a biomatching bone implant.

- **Today, the company commercializes a dozen products in Brazil and another dozen to be launched.**

- Based in a 5000m² building in the Biotechnological Pole of Rio de Janeiro (BIO-RIO), the Company has four new and modern GMP-compliant production units for:

  - Molecular synthesis of active substances unit

  - Semi-solid medicine production unit

  - Biomaterial production unit

  - Cosmetics and hygiene production unit

- **Silvestre Labs has at least 4 patented products in Brazil and another four patent (including one pending) for products to be launched on the market. Those newest products are patented in Brazil and other countries (in the US and in Europe for some). One of their coming products is already registered by the FDA.**

- **In 2012, Silvester Labs had about US$20 million in revenues.**

- **In March 2013, the company was reported to be searching for a financial partner or strategic partner, to raise US$25million (approx. 15% stake in the company that is valued at US$150 million).** The raised money will be used to build a better distribution network.

Source: Company website, MegaMarket

*Strictly Private & Confidential*

MICHEL DYENS & CO.



# Silvestre Labs, Rio de Janeiro, Brazil

## Biomaterials

- **Extra Graft XG-13®**, a natural bone substitute developed to behave as a cell proliferation matrix with bone growth-inducing properties. The product combines hydroxyapatite and collagen type I, both bovine origin sterilized by gamma rays

**Extra Graft XG-13®**

## Wound Healers and Antimicrobians

- **Dermacerium®**, an immunomodulator and a broad spectrum antimicrobial agent. Its formulation is composed of microcrystalline Silver Sulfadiazine plus Cerium Nitrate. The product is indicated for burns and chronic wounds

**Dermacerium®**

- **Dermazine®**, contains an antimicrobial agent, Silver Sulfadiazine 1% micronized. Recommended for prevention and treatment of potential sepsis wounds as burns, decubitus ulcer, varicose ulcers and infection of the surgical wounds

**Dermazine®**

- **Dermacerium HS Gel®**, contains 1% of silver sulfadiazine and 0.4% of cerium nitrate micronized 0.4%. It is a antimicrobial, antiviral topical wound healing gel effective for the treatment of lesions of herpes labialis and herpes zoster

**Dermacerium HS Gel®**

## Cosmetics

- **Dermidrata®** a moisturizing cream with 10% urea. The product is indicated for prevention and treatment of xeroderma related to patients with chronic diseases and associated disturbs. Dermidrata® acts by reducing secondary pruritus derived from the dryness of the skin and the possible complications of scratching

**Dermidrata®**

## Women's Health

- **Gino Dermazine®**, a post-cauterization and post-biopsy wound healing for gynecological use. The product has an enhanced antimicrobial action with very low bacterial resistance rates, it also prevents the proliferation of aggressive microorganisms and assures the balance of the vaginal flora

**Gino Dermazine ®**

## Oral Health

- **Dentplaque ®**, a Toothpaste with bacterial plaque marker, useful as a teaching process improving oral hygiene. The active ingredient in Dentplaque® fights bacteria plaque formation, heals plaque lesion area and prevents cavity. (Over a million of children in Brazil are using Dentplaque® in governmental oral hygiene education and prevention projects)

**Dentplaque ®**

MICHEL DYENS & CO.

Source: Company website

Strictly Private & Confidential

# Puraínova, São Paulo, Brazil

MICHEL DYENS & Co.

## Company overview

- Puraínova, founded in 2009 by Joël Ponte, produces a range of dermocosmetics

- A key feature of the Company's products is that they contains mineral water extracted from Serra do Japi, Brazil

- Puraínova has developed 5 product lines for facial care including cleansers, toners and moisturizers. The lines include Acqua, Acquasensive, Acqua-age (for more mature skin), Acquadry and Acquablock, a line of sun protection. Many of the facial creams contain SPF protection in addition to the dedicated sun care range

- The Company has a patent for a mineral water transported by liposomes

- Puraínova's products are all clinically tested and sold exclusively through pharmacies and drugstores

- Currently Puraínova products are available at c. 400 points of sale within Brazil with a potential of about 3.000 to 3.500 outlets

- The Company's workforce includes 15 sales representatives who regularly visit more than 2.000 dermatologists (Dec 2012) and 20 "dermoconsultants" providing advice to patients in the pharmacies

- Production is mainly outsourced next to Lamy Química (a private company) which runs a plant at Louveira (São Paulo). Puraínova is currently investing c.R$15m (**US $7.5m**) to set up its own plant

- The Company is backed by Inseed Investimentos, a Brazilian venture capital firm, which holds c.30% of the company, a majority being still controlled by Joel Ponte and his co-founders

- According to the CEO the Company will estimated sales of c. R$20m in 2014 (**c.US $10m**) and reach EBITDA profitability in 2013

- The Company employs15 people (8 in R&D)

## Portfolio overview (1/4)



### Acqua range

#### Acquassoma

Mineral water encapsulated in liposome potentiates the beneficial effects of mineral salts on the skin

Indicated for daily hydration

Non-comedogenic

Hydrates and refreshes

Ophthalmologically and dermatologically tested

#### Acqua

Pure mineral water with 15 minerals and microelements for the equilibrium and the functioning of the skin.

Indicated for sensitized and sensitive skins

Non-comedogenic

Smoothes and refreshes

Ophthalmologically and dermatologically tested

# Puralnova, São Paulo, Brazil

PURAINOVA

## Acquasensive - range

### Post-procedure Kit

Kit composed by 3 products, ideally for one week treatment
Water in gel
Moisturizing cream
Sun block cream SPF 30 – 100% mineral filters
- Minimizes uncomfortable sensations
- Helps on recuperating the integrity of sensitized skin
- 24-hour hydration
- Protects from UVA/UVB rays
- Without preservatives, colorants or fragrances
- Ophthalmology and dermatologically tested

### Repairer Moisturizing Cream
3D moisturizer system on airless packaging
- Indicated for sensitive and sensitized skin
- Biotechnological 3D Moisturizing system: ceramide omega 6 + plant extract + mineral water
- Light and creamy texture, oil free

### Smooth Cleansing Lotion
- Indicated for sensitive, mixed to Oily skin
- Cleansing with surfactant biotechnology
- Remove makeup
- Improves the appearance and the overall softness of the skin

### Sun blocking cream SPF 30 (UVA/UVB)
100% mineral filters
- Indicated for sensitive skin
- Light and creamy texture, oil free.
- 24-hour hydration
- Indicated for dairy facial solar protection
- Airless packaging, that maintains the product characteristics
- Without chemical filters, minimizing the potential cutaneous irritation

### Comfort Cleansing Milk
For the extremely sensitive skin
- Indicated for extremely sensitive, normal to dry skin
- Cleansing without surfactant
- Helps on the makeup removal
- With naturally derived emollients biotechnology

### Sun blocking cream SPF 30 (UVA/UVB)
For sensitive skin
- Creamy texture
- Indicated for periods of long sun exposure
- Provides hydration, softness and protection

PURA INOVA

# Puralnova, São Paulo, Brazil

## Acqua-age - range

### Daytime Antisignals cream SPF 30
UVA/UVB protection

Protection from the sun's rays that cause premature ageing and skin blemishes

Diminishes wrinkles and expression lines

Leaves the skin brighter and with a more balanced texture

24-hour hydration

Antioxidant action

Peptide of plant origin for the protection of collagen and elastin fibers

Firming cream, to be applied at night



### Night time antisignals firming cream
with hyaluronic acid

Contains low molecular weight hyaluronic acid, which operates in the inner layers of the skin

Increases firmness and elasticity and reduces the signs of aging

Leaves skin with a softer and more balanced texture

24-hour hydration



- **Acqua-Age**

  - Exclusively anti-aging technology

  - Protect the collagen and elastin fibres

  - Antioxidant activity, thanks to vitamin E

  - 24-hour hydration

  - Suitable for all types of skin

  - Hypoallergenic and non-comedogenic

  - Ophthalmologically and dermatologically tested

  - Formulated with pure mineral water and physiological pH

Source: Company website

Strictly Private & Confidential



# Puralnova, São Paulo, Brazil

## Acquadry range

- **_Cleansing Gel_**: promotes the reduction of brightness and oiliness through the unique combination of mineral water, surfactant and tartaric acid . This formula is especially designed for oily skin

- **_Astringent Lotion_**: aqueous formula, developed especially for the treatment of oily skin, and acts to reduce the pore size, brightness and oiliness of the skin

## Acquablock - range

Acquablock Aerosol FPS 30/PPD 19 (Aerosol Acquablock SPF 30/PPD 19)

| |
| --- |
| Wide protection UVA/PPD 19 and UVB/SPF 30 |
| Dairy use for all types of skin, including oily |
| Continuous spray |
| Excellent diffusability and fast absorption |
| Allows a soft touch without viscosity |
| Water resistant |
| Oil free |
| Ideal for sports practice |

### Acquablock – range

- Consists of 5 facial sunscreens against UVA and UVB rays

- Paraben-free

- Strict quality control over selection of raw materials

- Dermo-cosmetic surveillance

- Non-animal tested products

- All the products with vitamin E

Source: Company website

Strictly Private & Confidential

# EXHIBIT "8"

Am 09.05.2017 um 16:58 schrieb Michael Polakov
<Michaelp@Medi-Build.com<mailto:Michaelp@Medi-Build.com>>:

Dear Herr Burchard,

Please understand that I write this letter in a spirit of friendship and hope, rather than as a threat. But the outcome, and all that will take place from here forward, will depend on how you will choose to respond.

I have arrived in Europe today for the purpose of preparing for the start of my action against Merz/Ulthera, for the reasons that we so clearly discussed in January. Hence I write this letter to you, with the hope that you will see the value of us having a discussion, so that we can help avoid this serious action.

When you took the time for us to speak together in early January, during the Derm Summit at JPMorgan, I explained to you the reasons for my proposed action. During that discussion, you expressed some surprise, saying that you had no idea of what had transpired. And before we parted, you asked me to please give you the time to look into the situation, with the understanding that we could connect and discuss everything at a future point (congress, meeting, etc.) when we might be together. But when we saw each other soon afterwards at IMCAS in Paris, I was truly surprised (and disappointed) that you had forgotten your promise, and you made no effort to speak with me. Nevertheless, when I knew that we would see each other again soon again at AMWC in Monaco, I was confident of your sense of honor. But as you will remember, you merely took 5 seconds to shake my hand... and then walked away without even a word regarding the problem. As a result, unless you will now make a true effort, the time has come for me to move forward, with clear proof, and great force, against Merz US and DE.

I'm so sorry... but please do not be surprised that within some days, every member of your Vorstand will know not only about what I believe shall be seen as a clear "fraud" by others in your firm, but

your Board Members will also know that you (for reasons that I can't understand at all) obviously made the choice to "hide", and thus now expose Merz to a multi-million Dollar/Euro action. In addition, your Board (and then the entire industry) will become informed of the fact that even after being informed of the problem, Merz decided to act in dishonor.

My documentation, of every aspect of the case, is decisive and totally clear. I have even offered to meet with you, in a private one-to-one "gentlemen's conversation" setting, to help you see everything clearly... and to see what we could arrange as an easy and fair settlement.. But it is so sad that you have again hidden from the situation, and never responded. What a shame!

In addition, it is a fine coincidence that I now represent a biotech group that will soon release a product onto the aesthetics market, that will almost without doubt "extinguish" Merz' sales on a $100Million dollar product in your portfolio. I fact, I had originally suggested to my client that this product be brought to you first. But when I recently mentioned the dishonor that I had experienced, even the client said: "Why don't you then bring it to Allergan or one of the competitors, so Merz will learn a lesson!" So I also look forward to the comments of your Board, when they find out that your non-action caused them to lose another $100Million in business as well.

Philip... I consider myself a good judge of character; and it is for that reason that I am so disappointed. After our truly nice conversation in January, I had so much trust in you, and I was sure that you would realize that my interests were sincere... and that my objective was to help you fix the situation in a totally friendly manner... for the benefit of Merz, and in the interest of your own important reputation. So now I must wonder if my opinion of trust was wrong. But at this present final point, only you, and your actions now while there is a little bit of time, will help me (and your Board) to decide.

As the gentleman that I am, and as the gentleman that I've hoped you would be, I still offer you the chance to meet together with me in the coming days of this week, before the action is started. I am hopeful, that with just an hour or two of private conversation, I am sure that we can find a path towards a totally equitable solution. This will also possibly save a fortune of time and funds later, because I'm convinced that two true gentlemen can almost always find an equitable solution! But if you refuse (or neglect again) to merely find the few minutes to meet, I am sure that you alone will be held responsible, by both the Courts and by your Board, for having refused to find a way towards the equitable solution that both of us deserve.

Hence I ask you to please recognize the sprit of kindness and

resolution that I offer, and to reach me as quickly as possible, so we can meet and see if there is a solution to be found. I promise to listen to you with a full heart; but I must expect the same from you also.

Again, I repeat that two true gentlemen, of true sincerity, can almost always find an equitable solution. So I must ask you to PLEASE PLEASE PLEASE do not let both of us down. I shall be hopeful of your honesty and sincerity... and for that reason I shall await your call. But without this, I absolutely shall move forward.

Thank you for your understanding.

Mit freundlichen Grüßen,

Michael  -  Int'l Tel/Mob: +1 786 487 7890

Michael Polakov, Pres.
MEDI-BUILD INTERNATIONAL CORP., and
HEALTH AND BEAUTY TECHNOLOGIES, INC.
Global Planning Consultants to the Professions of
Aesthetic Medicine & Surgery and Anti-Aging Medicine
Proudly Serving the Americas, Europe and Asia

# EXHIBIT "9"

Translate

Turn off instant translation

From: Frankenberger, Anke
[mailto:Anke.Frankenberger@merz.de]
Sent: Donnerstag, 22. Juni 2017 18:24
To: Ralph Schäfer
Cc: Jochum, Patrick
Subject: Re: Tolling Agreement

Sehr geehrter Herr Kollege Schäfer,

wir haben das durch Sie
übersandte "Tolling Agreement" geprüft
und sind - aufgrund des hier gegebenen
Sachverhalts, nicht daran interessiert, es
abzuschließen - auch nicht in
verhandelter, angepasster Form.

Es ist korrekt, dass Herr Michael Polakov
und Herr Jean-Yves Coste sowohl am
Freitag, dem 8. November 2013 ein
Telefonat mit Herrn Bergler bei Merz
zum Thema "US growth opportunities"
führten. Dem schloß sich dann auch
noch eine Besprechung in Frankfurt am
Freitag, dem 6. Dezember 2013 an.
Entscheidend ist hier aber, dass sich
Merz Pharma GmbH & Co. KGaA
(‚Merz') und Ulthera, Inc. zu diesem
Zeitpunkt bereits in ausführlichen
Verhandlungen befunden und zu diesem
Zweck auch bereits mit Wirksamkeit zum
28. Oktober 2013 ein "Mutual
Nondisclosure Agreement" unterzeichnet
hatten, was selbstverständlich durch
Merz im vollem Umfang eingehalten

306/5000

From: Frank, Anke [mailto:
Anke.Frankenberger@merz.de]
Sent: Thursday 22 June 2017 18:24
To: Ralph Schäfer
Cc: Jochum, Patrick
Subject: Re: Tolling Agreement

Ladies and gentlemen, Mr Schäfer,

We have examined the "Tolling
Agreement" which you have sent, and are
not interested in completing it because of
the facts given here, nor in a negotiated,
adapted form.

It is correct that Mr Michael Polakov and Mr
Jean-Yves Coste held a telephone call with
Mr Bergler at Merz on the subject of "US
growth opportunities" on Friday, 8
November 2013. This was followed by a
meeting in Frankfurt on Friday, 6
December 2013.
However, Merz Pharma GmbH & Co.
KGaA ('Merz') and Ulthera, Inc. have
already been involved in extensive
negotiations at this time and have already
adopted a "Mutual Nondisclosure
Agreement ", Which of course was fully
complied with by Merz.

Please inform your client about this
situation. We consider the matter to be
done for us and remain.

With kind greetings

Anke Frankenberger

Chief Legal Counsel
Merz Pharma GmbH & Co. KGaA

6/23/2017