IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CV-00117-FL

| | |
|---|---|
| HEALTH & BEAUTY TECHNOLOGIES, INC., and MEDI-BUILD INTERNATIONAL CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>MERZ PHARMA GmbH KGAA, and MERZ NORTH AMERICA, INC.,<br><br>Defendants. | **ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULE FOR COMPLETION OF JURISDICTIONAL DISCOVERY** |

This matter is before the Court upon the Joint Motion to Modify the Schedule for Completion of Jurisdictional Discovery ("Joint Motion").

It appearing to the Court, after considering the Joint Motion, (i) that the Joint Motion has been timely filed; (ii) that the granting of the Joint Motion will not cause any undue delay or prejudice to any other parties; (iii) that granting the Joint Motion will facilitate the efficient administration of justice; and (iv) that, for good cause shown, the Joint Motion should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiffs and Defendants' Joint Motion to Modify the Schedule for Completion of Jurisdictional Discovery should be, and hereby is, granted, and the jurisdictional discovery schedule is modified to reflect: (1) a production deadline of February 12, 2019; (2) a deadline for Plaintiffs to request additional documents of February 26, 2019; (3) a deadline for the parties to agree upon the scope of any additional production of March 15, 2019; (4) a production deadline of April 15, 2019 for any

supplemental production; and (5) a modified deposition schedule conditioned upon either the completion of the supplemental production or the parties' agreement that no further production will be necessary, with the depositions occurring within two weeks of either of those dates (if the production is entirely in English) or four weeks of either of those dates (if the production is not entirely in English).[1]

IT IS SO ORDERED.

This 25th day of January, 2019.

                                            LOUISE W. FLANAGAN
                                            United States District Judge

---

1. All other terms and conditions set forth in the court's January 15, 2019, order not altered herein shall remain in full force and effect.