IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CV-00117-FL

| | |
|---|---|
| HEALTH & BEAUTY TECHNOLOGIES, INC., and MEDI-BUILD INTERNATIONAL CORP., <br><br> Plaintiffs, <br><br> v. <br><br> MERZ PHARMA GmbH KGAA, and MERZ NORTH AMERICA, INC., <br><br> Defendants. | **ORDER GRANTING JOINT MOTION TO MODIFY THE CASE MANAGEMENT ORDER** |

This matter is before the Court upon the Joint Motion to Modify the Case Management Order ("Joint Motion").

It appearing to the Court, after considering the Joint Motion, (i) that the Joint Motion has been timely filed; (ii) that the granting of the Joint Motion will not cause any undue delay or prejudice to any parties; (iii) that granting the Joint Motion will facilitate the efficient administration of justice; and (iv) that, for good cause shown, the Joint Motion should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiffs and Defendants' Joint Motion should be, and hereby is, granted, and the Case Management Order [Doc. 258] is modified to reflect the following deadlines: (1) Federal Rule of Civil Procedure 26(a)(2) expert disclosures, including reports from retained experts, shall be served by August 14, 2020; (2) Federal Rule of Civil Procedure 26(e) supplementations of disclosures shall be served be served by August 14, 2020; (3) disclosures and reports by any rebuttal experts shall be

served by September 14, 2020; (4) fact discovery will conclude by September 25, 2020; and (5)

all discovery shall be commenced or served in time to be completed by October 14, 2020.

      IT IS SO ORDERED.

This __6th__ day of July 2020.

                                   LOUISE W. FLANAGAN
                                   United States District Judge