IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
(SOUTHERN DIVISION)
Case No.: 7:18-cv-00117-FL

| | |
|---|---|
| HEALTH & BEAUTY TECHNOLOGIES, INC., and MEDI-BUILD INTERNATIONAL CORP., <br><br> Plaintiffs, <br><br> v. <br><br> MERZ PHARMA GmbH KGAA, and MERZ NORTH AMERICA, INC., <br><br> Defendants. | **ORDER GRANTING JOINT MOTION TO MODIFY THE AMENDED CASE MANAGEMENT ORDER** |

This matter is before the Court upon the Joint Motion to Modify the Amended Case Management Order ("Joint Motion").

It appearing to the Court, after considering the Joint Motion, (i) that the Joint Motion has been timely filed; (ii) that the granting of the Joint Motion will not cause any undue delay or prejudice to any parties; (iii) that granting the Joint Motion will facilitate the efficient administration of justice; and (iv) that, for good cause shown, the Joint Motion should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiffs and Defendants' Joint Motion should be, and hereby is, granted, and the Amended Case Management Order [Doc. 263] is modified to reflect the following deadlines: (1) Federal Rule of Civil Procedure 26(a)(2) expert disclosures, including reports from retained experts, shall be served by September 4, 2020; (2) Federal Rule of Civil Procedure 26(e) supplementations of disclosures shall be served be served by September 4, 2020; (3) disclosures and reports by any rebuttal

experts shall be served by September 25, 2020; (4) fact discovery will conclude by October 9, 2020; and (5) all discovery shall be commenced or served in time to be completed by October 30, 2020.

IT IS SO ORDERED.

This 3rd day of August 2020.

                                                                         _____
                                                                         LOUISE WOOD FLANAGAN
                                                                          United States District Judge